UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

_____

In re:
LEV GOLDFARB                                   Chapter 13
LYDMILA ROGALIN,                               Case No. 16-12339
              Debtor

_____

EUGENE PELIKOV
              Plaintiff,
vs.

GOLD AND FARB, INC.,                           Adversary Proceeding #: 16-01131
LEV GOLDFARB,
ALEXANDER GOLDFARB AND
LYDMILA ROGALIN
              Defendants.

_____

STATUS REPORT
_____

        LEV GOLDFARB and LYDMILA ROGALIN (hereinafter "the Debtors"), the

Defendants, commenced this Adversary Proceeding by filing of Notice of Removal.

        The Notice of Removal was filed on July 20, 2016.

        On July 21, 2016, the Debtors requested certified copies of the documents filed in the

removed action. **Exhibit "1"**

        The Debtors expect to file certified copies of the pleadings and papers as soon as said

copies are prepared by the clerk of the Essex Superior Court.


                            [Signature lines appear on the next page]

LEV GOLDFARB and
LYDMILA ROGALIN,
By their counsel:


*/s/ Vladimir von Timroth*

_____
Vladimir von Timroth, Esq., BBO #643553
LAW OFFICE OF VLADIMIR VON TIMROTH
405 Grove Street, Suite 204
Worcester, MA 01605
Tel. 508-753-2006
Fax 774-221-9146
vontimroth@gmail.com

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.


/s/ Vladimir von Timroth

_____
Vladimir von Timroth, Esq., BBO #643553
vontimroth@gmail.com

Dated: July 29, 2016


Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Lev Goldfarb
Lydmila Rogalin
6 Loring Hills Avenue, C-6
Salem, MA 01970

Eugene Pelikov
14 Orleans Avenue
Salem, MA 01970

Val Gurvits, Esq.
Boston Law Group, LLP
825 Beacon Street, Suite 20
Newton Center, MA 02459

Exhibit 1

**VLADIMIR VON TIMROTH, ESQ.**

ATTORNEY AT LAW
405 Grove Street, Suite 204
Worcester, MA 01605

Telephone (508) 753 2006                              Facsimile (774) 221 9146


July 21, 2016

Essex County Superior Court
Clerk's Office
56 Federal Street
Salem, MA 01970

Re:     Eugene Pelikov vs. Gold and Farb, Inc. et. al.
        Civil action #: 1577CV01902


Dear Sir/Madam:

Please find enclosed herewith the following documents with regard to the above-referenced matter:

- NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. Sec. 1446

Please prepare certified copies of all documents in the file and contact the undersigned in order to facilitate payment and delivery of the documents.

Thank you for attention to this matter.


Sincerely,

Vladimir von Timroth

Encl.