**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Pelikov v. Goldfarb et al        **Case/AP Number** 16-01131 **-FJB**
**Chapter**

#2 Document Filed by Defendants Lev Goldfarb, Lydmila Rogalin, Lev Goldfarb, Lydmila Rogalin (Re: [1] Complaint) filed by Defendants Lev Goldfarb, Lydmila Rogalin, Lev Goldfarb, Lydmila Rogalin

**COURT ACTION:**

_____Hearing held
_____Granted    _____Approved    _____Moot
_____Denied     _____Denied without prejudice    _____Withdrawn in open court
_____Overruled  _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Pursuant to Fed. R. Bankr. P. 9027(e)(2), the Court hereby orders the defendants to file, on or before August 12, 2016, certified copies of all records relating to this proceeding from the court from which this proceeding has been removed.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 07/29/2016
Frank J. Bailey
United States Bankruptcy Judge