United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Adv. Proc. No. 16-01131-fjb

Goldfarb,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 1     Date Rcvd: Jul 29, 2016
                      Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jul 29 2016 23:13:15       John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                                                                                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2016 at the address(es) listed below:
          Valentin D. Gurvits    on behalf of Plaintiff Eugene   Pelikov vgurvits@bostonlawgroup.com
          Vladimir   von Timroth    on behalf of Defendant Lev   Goldfarb vontimroth@gmail.com,
           vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
          Vladimir   von Timroth    on behalf of Defendant Lydmila   Rogalin vontimroth@gmail.com,
           vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                                                                                                                                                                                    TOTAL: 3

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF MASSACHUSETTS
                       Proceeding Memorandum/Order
```

**In Re:** Pelikov v. Goldfarb et al          **Case/AP Number** 16-01131 **-FJB**
                                              **Chapter**

    #2 Document Filed by Defendants Lev Goldfarb, Lydmila Rogalin, Lev Goldfarb, Lydmila Rogalin (Re: [1] Complaint) filed by Defendants Lev Goldfarb, Lydmila Rogalin, Lev Goldfarb, Lydmila Rogalin

**COURT ACTION:**

_____ Hearing held

_____ Granted         _____ Approved         _____ Moot

_____ Denied          _____ Denied without prejudice          _____ Withdrawn in open court

_____ Overruled       _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by _____

_____ No appearance by _____

Show Cause Order          _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Pursuant to Fed. R. Bankr. P. 9027(e)(2), the Court hereby orders the defendants to file, on or before August 12, 2016, certified copies of all records relating to this proceeding from the court from which this proceeding has been removed.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____  Dated: 07/29/2016
Frank J. Bailey
United States Bankruptcy Judge