## 1577CV01902
### Pelikhov, Eugene vs. Gold and Farb, Inc. et al

| | |
|---|---|
| **CASE TYPE:** Equitable Remedies | **FILE DATE:** 11/19/2015 |
| **ACTION CODE:** D08 | **CASE TRACK:** A - Average |
| **DESCRIPTION:** Minority Shareholder's Suit | |
| **CASE DISPOSITION DATE** 08/02/2016 | **CASE STATUS:** Closed |
| **CASE DISPOSITION:** Transferred to another Court | **STATUS DATE:** 08/02/2016 |
| **CASE JUDGE:** | **CASE SESSION:** Civil A |

### LINKED CASE

### PARTIES

**Plaintiff**
Pelikhov, Eugene

643572
Gurvits, Valentin David
Boston Law Group, PC
Boston Law Group, PC
825 Beacon Street
Suite 20
Newton Centre, MA 02459
Work Phone (617) 928-1804
Added Date: 11/20/2015

685927
Shayefar, Matthew
Boston Law Group, PC
Boston Law Group, PC
825 Beacon Street
Suite 20
Newton Centre, MA 02459
Work Phone (617) 928-1806
Added Date: 11/20/2015

**Defendant**
Gold and Farb, Inc.

643553
von Timroth, Vladimir
Law Office of Vladimir von Timroth
Law Office of Vladimir von Timroth
405 Grove Street
Suite 204
Worcester, MA 01605
Work Phone (508) 753-2006
Added Date: 01/11/2016

**Defendant**
Goldfarb, Alexander

643553
von Timroth, Vladimir
Law Office of Vladimir von Timroth
Law Office of Vladimir von Timroth
405 Grove Street
Suite 204
Worcester, MA 01605
Work Phone (508) 753-2006
Added Date: 01/11/2016

*A TRUE COPY ATTEST*
*[signature]*
*DEPUTY ASS'T. CLERK*

| Defendant | | 643553 |
|---|---|---|
| Goldfarb, Lev | von Timroth, Vladimir<br>Law Office of Vladimir von Timroth<br>Law Office of Vladimir von Timroth<br>405 Grove Street<br>Suite 204<br>Worcester, MA 01605<br>Work Phone (508) 753-2006<br>Added Date: 01/11/2016 | |
| Defendant | | 643553 |
| Rogalin, Lydmila | von Timroth, Vladimir<br>Law Office of Vladimir von Timroth<br>Law Office of Vladimir von Timroth<br>405 Grove Street<br>Suite 204<br>Worcester, MA 01605<br>Work Phone (508) 753-2006<br>Added Date: 01/11/2016 | |

### FINANCIAL DETAILS

| Date | Fees/Fines/Costs | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| 11/19/2015 | Civil Filing Fee (per Plaintiff)<br>Receipt: 5699 Date: 11/23/2015 | 240.00 | 240.00 | 0.00 | 0.00 |
| 11/19/2015 | Civil Security Fee (G.L. c. 262, § 4A)<br>Receipt: 5699 Date: 11/23/2015 | 20.00 | 20.00 | 0.00 | 0.00 |
| 11/19/2015 | Civil Surcharge (G.L. c. 262, § 4C)<br>Receipt: 5699 Date: 11/23/2015 | 15.00 | 15.00 | 0.00 | 0.00 |
| 11/19/2015 | Fee for Blank Summons or Writ (except Writ of Habeas Corpus) MGL 262 sec 4b Receipt: 5699 Date: 11/23/2015 | 20.00 | 20.00 | 0.00 | 0.00 |
| | Total | 295.00 | 295.00 | 0.00 | 0.00 |

| Deposit Account(s) Summary | Received | Applied | Checks Paid | Balance |
|---|---|---|---|---|
| Total | | | | |



A TRUE COPY ATTEST
Antonietta McTonagh
DEPUTY ASS'T. CLERK

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|---|---|---|---|
| 11/19/2015 | | Appearance entered<br>On this date Valentin David Gurvits, Esq. added for Plaintiff Eugene Pelikhov | |
| 11/19/2015 | | Case assigned to:<br>DCM Track A - Average was added on 11/19/2015 | |
| 11/19/2015 | | Appearance entered<br>On this date Matthew Shayefar, Esq. added for Plaintiff Eugene Pelikhov | |
| 11/19/2015 | | Case assigned to:<br>DCM Track A - Average was added on 11/19/2015 | |
| 11/19/2015 | 1 | Original civil complaint filed. Exhibits On File | |
| 11/19/2015 | 2 | Civil action cover sheet filed. | |
| 11/19/2015 | | Demand for jury trial entered. | |
| 12/11/2015 | 3 | Service Returned 11/25/15 for<br>Defendant Gold and Farb, Inc.: Service made in hand; | |
| 12/11/2015 | 4 | Service Returned 11/25/15 for<br>Defendant Goldfarb, Lev: Service made at last and usual; | |
| 12/11/2015 | 5 | Service Returned 11/25/15 for<br>Defendant Goldfarb, Alexander: Service made at last and usual; | |
| 12/11/2015 | 6 | Service Returned 11/25/15 for<br>Defendant Rogalin, Lydmila: Service made at last and usual; | |
| 01/11/2016 | 7 | Received from<br>Defendant Gold and Farb, Inc.: Answer to original complaint; | |
| 01/11/2016 | | Appearance entered<br>On this date Vladimir von Timroth, Esq. added for Defendant Gold and Farb, Inc., Lev Goldfarb and Lydmila Rogalin | |
| 01/11/2016 | 7 | Received from<br>Defendant Goldfarb, Lev: Answer to original complaint; | |
| 01/11/2016 | 7 | Received from<br>Defendant Goldfarb, Alexander: Answer to original complaint; | |
| 01/11/2016 | 7 | Received from<br>Defendant Rogalin, Lydmila: Answer to original complaint; | |
| 04/08/2016 | 8 | Plaintiff Eugene Pelikhov's Motion for<br>Plaintiff's motion for partial judgment on the pleadings on count X1 pursuant to M.G.L. CH. 156D, Section 16.4 or, In The Alternative motion to compel Access to corporate Records. | |
| 04/08/2016 | 8.1 | Opposition to paper #8.0 Defendants' opposition to plaintiff motion for partial judgment on the pleadings on count x1 pursuant to M.G.L. CH. 156D, section 16.4 or, in the alternative, motion to compel access to corporate records filed by | |
| 04/08/2016 | 8.2 | Rule 9A notice of filing | |

A TRUE COPY, ATTEST
*[signature]*
DEPUTY ASS'T. CLERK

| Date | # | Description | Judge |
|---|---|---|---|
| 04/12/2016 | 9 | ORDER: Order on Plaintiff's motion for partial judgment on the pleadings on Count x1.<br>Order Plaintiff's motion for partial judgment on the pleadings on count X1[D.8] is DENIED. | Feeley |
| 04/14/2016 | 10 | Defendant Gold and Farb, Inc.'s Motion to compel Arbitration and to stay the proceeding; | |
| 04/14/2016 | 10.1 | Opposition to paper #10.0 Declaration of Valentin Gurvits in support of plaintiff's opposition to defendants' motion to compel arbitration and to stay the proceeding. filed by | |
| 04/14/2016 | 10.2 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: von Timroth, Esq., Vladimir (Attorney) on behalf of Gold and Farb, Inc. (Defendant) | |
| 04/14/2016 | 10.3 | Rule 9A list of documents filed.<br><br>Applies To: von Timroth, Esq., Vladimir (Attorney) on behalf of Gold and Farb, Inc. (Defendant) | |
| 04/14/2016 | 10.4 | Certificate of service of attorney or Pro Se:<br><br>Applies To: von Timroth, Esq., Vladimir (Attorney) on behalf of Gold and Farb, Inc. (Defendant) | |
| 04/14/2016 | 11 | Defendant's Notice of intent to file motion Defendants' notice of intent to file motion<br><br>Applies To: von Timroth, Esq., Vladimir (Attorney) on behalf of Gold and Farb, Inc. (Defendant) | |
| 04/21/2016 | | The following form was generated:<br><br>Notice to Appear<br>Sent On: 04/21/2016 12:47:39 | |
| 05/05/2016 | 12 | Defendant(s) Gold and Farb, Inc., Lev Goldfarb, Alexander Goldfarb, Lydmila Rogalin's Motion to Respond to Plaintiff's Discovery Requests | |
| 05/05/2016 | 12.1 | Opposition to paper #12.0 by Plaintiff to Extend Time to Respond to Plaintiff's Discovery Requests filed by Eugene Pelikhov | |
| 05/05/2016 | 12.2 | Certificate of service of attorney or Pro Se:<br><br>Vladimir von Timroth, Esq.Gold and Farb, Inc. | |
| 05/05/2016 | 12.3 | Rule 9A list of documents filed. | |
| 05/05/2016 | | Endorsement on Motion to extend time to respond to plaintiff's discovey requests (#12.0): ALLOWED<br>60 day extension | Feeley |
| 05/12/2016 | | Matter taken under advisement<br>The following event: Motion Hearing scheduled for 05/12/2016 02:00 PM has been resulted as follows:<br>Result: Held - Under advisement | Feeley |

A TRUE COPY, ATTEST
DEPUTY ASS'T. CLERK



| 05/26/2016 | 13 | ORDER: ORDER - Defendants' motion to compel arbitration and stay proceedings is ALLOWED, except as to Count XI of the complaint. As to Count XI, plaintiff has leave to file an application for inspection of financial records under the provisions of G. L. c. 156D, § 16.04/16.05. The court shall dispose of such an application on an expedited basis. | Feeley |
| 06/20/2016 | 14 | Party Status:<br>Defendant Goldfarb, Lev: Inactive: Suggestion of Bankruptcy; | |
| 06/20/2016 | 14 | Party Status:<br>Defendant Rogalin, Lydmila: Inactive: Suggestion of Bankruptcy; | |
| 07/25/2016 | | REMOVED to the U.S. Bankruptcy Court | |
| 08/02/2016 | | Case transferred to another court. | |



A TRUE COPY ATTEST
Antonietta McDonagh
DEPUTY ASS'T. CLERK