3

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - (CONTRACT) - (EQUITABLE RELIEF) - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 15-1902A

Eugene Pelikhov _____, Plaintiff(s)

v.

Gold and Farb, Inc., Lev Goldfarb, _____, Defendant(s)
Alexander Goldfarb and Lydmila Rogalin

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon Matthew Shayefar, Esq. of Boston Law Group PC plaintiff's attorney, whose address is 825 Beacon Street, Suite 20, Newton MA 02459, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Essex at Salem either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the Twenty Fourth day of November, in the year of our Lord two thousand Fifteen

Thomas H. Driscoll Jr.
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - (CONTRACT) - (EQUITABLE RELIEF) - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 15-1902 A

Eugene Pelikhov , Plaintiff(s)

v.

Gold and Farb, Inc., Lev Goldfarb, , Defendant(s)
Alexander Goldfarb and Lydmila Rogalin

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon Matthew Shayefar, Esq of Boston Law Group, PC, plaintiff's attorney, whose address is 825 Beacon Street, Suite 20, Newton, MA 02459, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Essex at Salem either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the Twenty Fourth day of November, in the year of our Lord two thousand fifteen

*Thomas H. Driscoll Jr.*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved*: - TORT - MOTOR VEHICLE TORT - (CONTRACT) - (EQUITABLE RELIEF) - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 15-1902A

Eugene Pelikhov, Plaintiff(s)

v.

Gold and Farb, Inc., Lev Goldfarb, Alexander Goldfarb and Lyudmila Rogalin, Defendant(s)

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon Matthew Sharefan, Esq of Boston Law Group, PC plaintiff's attorney, whose address is 825 Beacon St, Ste 20, Newton MA 02459, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Essex at Salem either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the twenty fourth day of November, in the year of our Lord two thousand fifteen.

Thomas H. Driscoll Jr.
Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - (CONTRACT) - (EQUITABLE RELIEF) - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.  
SUPERIOR COURT  
CIVIL ACTION  
No. 15-1902 A

Eugene Pelikhov _____, Plaintiff(s)

v.

Goldand Farb, Inc., Lev Goldfarb, _____, Defendant(s)  
Alexander Goldfarb and Lydmila Ragolin

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon Matthew Shayefar Esq of Boston Law Group, P.C. plaintiff's attorney, whose address is 825 Beacon Street, Suite 20, Newton, MA 02459 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Essex at Salem either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the twenty fourth day of November , in the year of our Lord two thousand fifteen

Thomas H. Driscoll Jr.  
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

# BOSTON LAW GROUP, PC
## ATTORNEYS AT LAW

825 BEACON STREET, SUITE 20
NEWTON CENTRE, MASSACHUSETTS 02459

Main (617) 928-1800  Fax (617) 928-1802

**Via First Class Mail**

December 7, 2015

Civil Clerk's Office
Essex Superior Court
56 Federal Street
Salem, Massachusetts 01970

Re:   **Pelikhov v Gold and Farb, Inc. et al**
      **Essex Superior Court, Civil Action No. 15-1902A**

Dear Sir/Madam,

Please find enclosed for filing in the above referenced suit:

1. The original return of service on defendant Gold and Farb, Inc.
2. The original return of service on defendant Lev Goldfarb
3. The original return of service on defendant Alexander Goldfarb
4. The original return of service on defendant Lydmila Rogalin

If you have any questions or concerns, please do not hesitate to contact me directly at 617-928-1806 or at matt@bostonlawgroup.com. Thank you for your attention to the foregoing.

Very Truly Yours,

Matthew Shayefar, Esq.

A TRUE COPY ATTEST
DEPUTY ASS'T. CLERK