14

COMMONWEALTH OF MASSACHUSETTS

Essex, ss.

| | |
|---|---|
| EUGENE PELIKHOV,<br><br>        Plaintiff<br><br>vs.<br><br>GOLD AND FARB, INC.<br>LEV GOLDFARB<br>ALEXANDER GOLDFARB, AND<br>LYDMILA ROGALIN,<br><br>        Defendants | Trial Court Division<br>Essex Superior Court<br>Civil Action No. 1577CV01902A |

### SUGGESTION OF BANKRUPTCY

Now come **Lev Goldfarb** and **Lydmila Rogalin**, through their counsel, Vladimir von Timroth, Esq., and suggests to the Court that the Defendants, **Lev Goldfarb** and **Lydmila Rogalin**, have filed a Chapter 13 case in the United States Bankruptcy Court for the District of Massachusetts (Boston), the matter styled *In re: Lev Goldfarb and Lydmila Rogalin*, **Docket #: 16- 12339** (Bankr. Mass. 2016). A notice of the commencement of the Bankruptcy is attached hereto.

Therefore, all actions against the above-captioned Defendants, **Lev Goldfarb** and **Lydmila Rogalin**, are stayed pursuant to 11 U.S.C. § 362(a) and enjoined pursuant to 11 U.S.C. §524.

                                      Lev Goldfarb and Lydmila Rogalin,
                                      By their attorney:

                                      */s/ Vladimir von Timroth*

                                      Vladimir von Timroth, Esq., BBO #643553
                                      LAW OFFICE OF VLADIMIR VON TIMROTH
                                      405 Grove Street, Suite 204
                                      Worcester, MA 01605
                                      (508) 753 2006 phone
                                      (774) 221 9146 fax
                                      vontimroth@gmail.com

Dated: June 17, 2016

*A TRUE COPY ATTEST*
*[signature]*
DEPUTY ASS'T. CLERK

## CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I provided a copy of the within SUGGESTION OF BANKRUPTCY by first class mail, postage prepaid this 17th day of June, 2016 to the parties below:

_____
Vladimir von Timroth, Esq. BBO#643553

Matthew Shayefar, Esq.
Valentin David Gurvits, Esq.
Boston Law Group, PC
825 Beacon St., Suite 20
Newton Centre, MA 02459

Dated: June 17, 2016

A TRUE COPY ATTEST
DEPUTY ASS'T. CLERK

## VLADIMIR VON TIMROTH, ESQ.
ATTORNEY AT LAW
405 Grove Street, Suite 204
Worcester, MA 01605

Telephone (508) 753 2006                                                   Facsimile (774) 221 9146

June 17, 2016

Essex County Superior Court
Clerk's Office
56 Federal Street
Salem, MA 01970

Re:   Eugene Pelikov vs. Gold and Farb, Inc. et. al.
      Civil action #: 1577CV01902

Dear Sir/Madam:

Please find enclosed herewith the following documents with regard to the above-referenced matter:

1. SUGGESTION OF BANKRUPTCY;
2. NOTICE OF BANKRUPTCY
3. CERTIFICATE OF SERVICE.

Sincerely,

Vladimir von Timroth

Encl.
Cc: Valentin David Gurvits, Esq.

A TRUE COPY ATTEST
DEPUTY ASS'T. CLERK

# United States Bankruptcy Court
## District of Massachusetts

### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 06/17/2016 at 4:12 PM and filed on 06/17/2016.

**Lev Goldfarb**
6 Loring Hills Avenue, C-6
Salem, MA 01970
SSN / ITIN: xxx-xx-7101
*dba* **Gold & Farb, Inc.**

**Lydmila Rogalin**
6 Loring Hills Avenue, C-6
Salem, MA 01970
SSN / ITIN: xxx-xx-3364
*aka* **Lyudmila Rogalin**
*dba* **Gold & Farb, Inc.**

The attorney of record in this case is:

**Vladimir von Timroth**
Law Office of Vladimir von Timroth
405 Grove Street, Suite 204
Worcester, MA 01605
508-753-2006

The case was assigned case number 16-12339.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.mab.uscourts.gov/ or at the Clerk's Office, U. S. Bankruptcy Court, J.W. McCormack Post Office & Court House, 5 Post Office Square, Suite 1150, Boston, MA 02109-3945.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

James M. Lynch
Clerk, United States Bankruptcy Court