| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 1577CV01902 A | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Eugene Pelikhov vs. Gold and Farb, Inc. et al | | Thomas H. Driscoll, Jr., Clerk of Courts |
| TO: File Copy | | COURT NAME & ADDRESS Essex County Superior Court - Salem J. Michael Ruane Judicial Center 56 Federal Street Salem, MA 01970 |

### TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**        **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 02/17/2016 | |
| Response to the complaint filed (also see MRCP 12) | | 03/18/2016 | |
| All motions under MRCP 12, 19, and 20 | 03/18/2016 | 04/19/2016 | 05/17/2016 |
| All motions under MRCP 15 | 01/12/2017 | 02/13/2017 | 02/13/2017 |
| All discovery requests **and depositions** served and non-expert despositions completed | 11/08/2017 | | |
| All motions under MRCP 56 | 12/08/2017 | 01/08/2018 | |
| Final pre-trial conference held and/or firm trial date set | | | 05/07/2018 |
| Case shall be resolved and judgment shall issue by | | | 11/19/2018 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 11/20/2015 | Carlotta Patten | (978)825-4800 |

Date/Time Printed: 11-20-2015 15:31:44      SCV026\ 11/2014

| NOTICE TO APPEAR FOR Motion Hearing | DOCKET NUMBER 1577CV01902 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Pelikhov, Eugene vs. Gold and Farb, Inc. et al | | Thomas H. Driscoll, Jr., Clerk of Courts |
| TO: File Copy , | | COURT NAME & ADDRESS Essex County Superior Court - Salem J. Michael Ruane Judicial Center 56 Federal Street Salem, MA 01970 |

The Court will hear the following event:

**Motion Hearing**

Counsel should appear as follows:

Date: 05/12/2016

Time: 02:00 PM

**Session/ Courtroom Location:** Civil A / SALEM-5th FL, CR H (SC)

FURTHER ORDER OF THE COURT:
Motion to Compel Arbitration and To Stay the Proceeding

| DATE ISSUED 04/21/2016 | ASSOCIATE JUSTICE Hon. Timothy Q Feeley | Thomas H. Driscoll, Jr., Clerk of Courts |
|---|---|---|

Date/Time Printed: 04-21-2016 12:47:40          SCV012a\ 06/2014

| CLERK'S NOTICE | DOCKET NUMBER 1577CV01902 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Pelikhov, Eugene vs. Gold and Farb, Inc. et al | | Thomas H. Driscoll, Jr., Clerk of Courts |
| TO: File Copy | | COURT NAME & ADDRESS Essex County Superior Court - Salem J. Michael Ruane Judicial Center 56 Federal Street Salem, MA 01970 |

You are hereby notified that on 05/05/2016 the following entry was made on the above referenced docket:

Endorsement on Motion to extend time to respond to plaintiff's discovey requests (#12.0): ALLOWED 60 day extension

| DATE ISSUED 05/06/2016 | ASSOCIATE JUSTICE/ ASSISTANT CLERK Hon. Timothy Q Feeley | SESSION PHONE# (978)825-4800 |
|---|---|---|

Date/Time Printed: 05-06-2016 11:41:52  SCV016_X1\08/2014

| CLERK'S NOTICE | DOCKET NUMBER 1577CV01902 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

CASE NAME:
Pelikhov, Eugene vs. Gold and Farb, Inc. et al

Thomas H. Driscoll, Jr., Clerk of Courts

TO:
File Copy

COURT NAME & ADDRESS
Essex County Superior Court - Salem
J. Michael Ruane Judicial Center
56 Federal Street
Salem, MA 01970

You are hereby notified that on 05/26/2016 the following entry was made on the above referenced docket:

ORDER: ORDER - Defendants' motion to compel arbitration and stay proceedings is ALLOWED, except as to Count XI of the complaint. As to Count XI, plaintiff has leave to file an application for inspection of financial records under the provisions of G. L. c. 156D, § 16.04/16.05. The court shall dispose of such an application on an expedited basis.

| DATE ISSUED | ASSOCIATE JUSTICE/ ASSISTANT CLERK | SESSION PHONE# |
|---|---|---|
| 05/26/2016 | Hon. Timothy Q Feeley | (978)825-4800 |

Date/Time Printed: 05-26-2016 10:56:35

SCV016_X1\ 08/2014