# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al            **Case/AP Number** 16-01131 **-FJB**

**Chapter**

Status Conference
#1 Notice of Removal Pursuant to 28 U.S.C. Sec. 1446.

(Gurvits, Valentin Counsel for Plaintiff)
(von Timroth, Vladimir Counsel for Defendant)

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved      _____Moot

_____Denied        _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held. A further status conference shall be held on October 6, 2016 at 10:30 A.M.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____ Dated: 09/20/2016
Frank J. Bailey
United States Bankruptcy Judge