United States Bankruptcy Court
District of Massachusetts

Pelikov,
      Plaintiff                                                 Adv. Proc. No. 16-01131-fjb

Goldfarb,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1      User: jlavalley           Page 1 of 1             Date Rcvd: Sep 21, 2016
                       Form ID: pdf012      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2016.
```
pla          +Eugene Pelikov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft          +Lev Goldfarb,   6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft          +Lydmila Rogalin,   6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 21 2016 23:15:59      John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                               TOTAL: 1
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:
```
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikov vgurvits@bostonlawgroup.com
              Vladimir   von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir   von Timroth    on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                               TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

**In Re:** Pelikov v. Goldfarb et al

**Case/AP Number** 16-01131 **-FJB**
**Chapter**

Status Conference
#1 Notice of Removal Pursuant to 28 U.S.C. Sec. 1446.

(Gurvits, Valentin Counsel for Plaintiff)
(von Timroth, Vladimir Counsel for Defendant)

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice       _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held. A further status conference shall be held on October 6, 2016 at 10:30 A.M.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____  Dated: 09/20/2016
Frank J. Bailey
United States Bankruptcy Judge