**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (WORCESTER)**

| | |
|---|---|
| In re:<br><br>LEV GOLDFARB and<br>LYDMILA ROGALIN,<br><br>    Debtors | Chapter 13<br>Case No. 16-12339-FJB<br>Adversary Proceeding No. 01168 |

## NOTICE OF APPEARANCE OF VAL GURVITS
## ON BEHALF OF CREDITOR EUGENE PELIKHOV

The undersigned counsel, Attorney Evan Fray-Witzer, hereby provides notice of his appearance on behalf of Creditor Eugene Pelikhov and requests to receive notice of all proceedings. This notice is in addition to and does not replace the appearance of any other counsel.

Respectfully submitted,

By his attorney,

/s/ Evan Fray-Witzer
Evan Fray-Witzer (BBO # 564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
Evan@CFWLegal.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or ECF-registered parties of record this 5th day of October, 2016.

/s/ Evan Fray-Witzer

1