# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al

**Case/AP Number** 16-01131 **-FJB**

**Chapter**

Continued Status Conference
#1 Notice of Removal Pursuant to 28 U.S.C. Sec. 1446 by Eugene Pelikov against Lev Goldfarb, Lydmila Rogalin.

von Timroth, Vladimir Counsel for the Defendants
Gurvits, Valentin Counsel for the Plaintiff

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status Conference held. A further Status Conference will be held on November 7 2016 at 2:00 P.M.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 10/06/2016
Frank J. Bailey
United States Bankruptcy Judge