United States Bankruptcy Court
District of Massachusetts

Pelikov,
      Plaintiff                                                       Adv. Proc. No. 16-01131-fjb

Goldfarb,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: ncalvo                 Page 1 of 1                 Date Rcvd: Oct 07, 2016
                              Form ID: pdf012           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.
pla            +Eugene Pelikov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft            +Lev Goldfarb,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft            +Lydmila Rogalin,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 07 2016 22:57:28      John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2016 at the address(es) listed below:
              Evan Fray-Witzer    on behalf of Plaintiff Eugene   Pelikov Evan@CFWLegal.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene   Pelikov vgurvits@bostonlawgroup.com
              Vladimir von Timroth    on behalf of Defendant Lev   Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
               Vladimir von Timroth    on behalf of Defendant Lydmila   Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                                                                                                    TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

In Re: Pelikov v. Goldfarb et al               Case/AP Number 16-01131 -FJB
                                               Chapter

Continued Status Conference
#1 Notice of Removal Pursuant to 28 U.S.C. Sec. 1446 by Eugene Pelikov against Lev Goldfarb, Lydmila Rogalin.

von Timroth, Vladimir Counsel for the Defendants
Gurvits, Valentin Counsel for the Plaintiff

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice          _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order         _____Released         _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status Conference held. A further Status Conference will be held on November 7 2016 at 2:00 P.M.

                              IT IS SO ORDERED:

                              *[signature: Frank J. Bailey]*

                              _____ Dated: 10/06/2016
                              Frank J. Bailey
                              United States Bankruptcy Judge