# EXHIBIT E

# Law Office of Vladimir von Timroth

Phone: 508-753-2006
Fax: 774-221-9146



| | |
|---|---|
| **To: Val Gurvits, Esq.** | **From: Vladimir von Timroth** |
| **Fax: 16179281802** | **Pages: 3** |
| **Re: Pelikov vs. Gold and Farb** | **Date: June 09, 2016** |

Eugene Pelikov vs. Gold and Farb, Inc. et. al.
Civil action #: 1577CV01902

405 Grove Street Suite 204, Worcester, MA 01605

Brought to you by SmartFax™

## VLADIMIR VON TIMROTH, ESQ.
ATTORNEY AT LAW
405 Grove Street, Suite 204
Worcester, MA 01605

Telephone (508) 753 2006                    Facsimile (774) 221 9146

June 9, 2016

*Via Facsimile Transmission 617-928-1802*

Val Gurvits, Esq.
Boston Law Group, P.C.
825 Beacon Street, Suite 20
Newton Center, MA 02459

      Re:    Eugene Pelikov vs. Gold and Farb, Inc. et. al.
             Civil action #: 1577CV01902

Dear Val,

    As we are waiting for the filing of your arbitration action, which, you advised me, was coming soon, my client would like to address the remaining statutory claim in the Superior Court.

    You stated on record during the hearing on the Motion to Compel, that your client needs M.G.L. Ch. 165D, Sec. 16.02 documents to evaluate his suspicions that he was defrauded and the corporation was looted by the Goldfarbs. Based on the information available to me I can assure you that I am confident that once Mr. Pelikov reviews the documents he will realize that no such the defalcations have been taken place.

    With this in mind, please provide me with the list of documents that Mr. Pelikov would like to review. Gold and Farb, Inc. will provide access to them to your client within 10 days or perhaps even sooner from the date of your anticipated request.

    I hope that this will conclusively resolve your client's actions, which at this time I would characterize as a "misunderstanding." However, Mr. Pelikov should be made aware that he owes fiduciary duty to Gold and Farb, Inc. and the Goldfarbs. If he expects that a Chapter 11 bankruptcy of the corporation or a personal Chapter 13 Bankruptcy of the Goldfarbs will benefit him or any of his associates by allowing them to purchase the assets out of the bankruptcy estate

**VLADIMIR VON TIMROTH, ESQ.**

Val Gurvits, Esq.
Boston Law Group, P.C.
June 9, 2016
Page Two

he should keep in mind that my clients believe that they have a cause of action against Mr. Pelikov for breach of fiduciary duty and civil conspiracy to take over the corporation in the new location. This claim(s) would be asserted as a bankruptcy adversary proceeding, had my clients been forced to seek bankruptcy protection from Mr. Pelivkov's continued attacks.

    Thank you for your courtesy and professionalism.

Sincerely,

*[signature]*

Vladimir A. von Timroth

VAT/dt
cc: Gold and Farb, Inc. via facsimile