# EXHIBIT F

# Matthew Shayefar

| | |
|---|---|
| **From:** | Val Gurvits |
| **Sent:** | Thursday, June 09, 2016 12:58 PM |
| **To:** | Vladimir von Timroth |
| **Cc:** | Matthew Shayefar |
| **Subject:** | Pelikhov v. Gold and Farb, et al |

Dear Attorney von Timroth,

I write in response to your fax which I received today. I am glad that your client finally agreed to follow the law and provide Mr. Pelikhov access to corporate records. It is unfortunate that your client's actions heretofore necessitated the filing of an expensive lawsuit – we will be requesting attorneys fees and costs pursuant to M.G.L. 156D sec 16.04(c) and 16.05(c).

With respect to the issues you raise in your fax, first, I am surprised that you are requesting a list of documents which my client wants to review – have you not read the Complaint or the subsequent requests for production of documents? The documents my client has a right to review are listed there with particularity. This list has not changed. Please respond to my discovery requests and stop playing games. This gamesmanship is costing my client money, for which he intends to hold your clients accountable.

Second, Mr. Pelikhov has no intention to operate any food store or purchasing any assets of Gold and Farb.

Third, for years now you have threatened that your clients will file for bankruptcy. In response, I have noted that fraud is not dischargeable at bankruptcy and that we will oppose any such actions.

Lastly, because it is clear from your fax that your client is continuing a policy of denying Mr. Pelikhov access to ALL corporate records, I will be filing an application for inspection of corporate records pursuant to Massachusetts General Laws Chapter 156D, Sections 16.04 and 16.05 and pursuant to leave as granted by this Court in its Order dated May 26, 2016.

Thank you for your attention to the foregoing.

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

---------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

1