# EXHIBIT G

**From:** Vladimir von Timroth <vontimroth@gmail.com>
**Date:** June 20, 2016 at 9:44:16 PM GMT+3
**To:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject: Re: Bankruptcy**

Val, to the extent you are judicially estopped from taking position contrary to your argument that the corp is an alter ego, we are taking the position defensive veil piercing position. No need to file for corp. Stay still apply to any acts to assess claim against Goldfarbs. Vlad

> On Mon, Jun 20, 2016 at 2:24 PM, Val Gurvits<vgurvits@bostonlawgroup.com> wrote:
> Will the corp file bankruptcy?
>
> Val
> Sent from my iPhone
>
> On Jun 20, 2016, at 9:15 PM, Vladimir von Timroth <vontimroth@gmail.com> wrote:
>
>> What about it?
>>
>> On Mon, Jun 20, 2016 at 1:58 PM, Val Gurvits<vgurvits@bostonlawgroup.com> wrote:
>> Thanks. I already got it from Pacer. What about the corp?
>>
>> Val
>> Sent from my iPhone
>>
>> On Jun 20, 2016, at 6:32 PM, Vladimir von Timroth <vontimroth@gmail.com> wrote:
>>
>>> Please see attached
>>>
>>> On Sat, Jun 18, 2016 at 4:52 PM, Val Gurvits<vgurvits@bostonlawgroup.com>wrote:
>>>> Vlad,
>>>>
>>>> The fax you sent me has the wrong debtor attached. I assume you meant to send me the Gold and Farb bankruptcy. Please re-send.
>>>>
>>>> Thanks,
>>>
>>>
>>> --
>>> Law Office of Vladimir von Timroth
>>> 405 Grove Street, Suite 204
>>> Worcester, MA 01605
>>> (508) 753 2006 telephone
>>> (774) 221 9146 facsimile
>>> THIS E-MAIL IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE ADDRESSEES.  THIS MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL.  IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS MESSAGE IS PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.
>>>
>>> <Notice of Bankr Filing.pdf>
>>>
>>> <Suggestion of bankruptcy.pdf>

\--
Law Office of Vladimir von Timroth
405 Grove Street, Suite 204
Worcester, MA 01605
(508) 753 2006 telephone
(774) 221 9146 facsimile

THIS E-MAIL IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE ADDRESSEES.  THIS MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL.  IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS MESSAGE IS PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

\--
Law Office of Vladimir von Timroth
405 Grove Street, Suite 204
Worcester, MA 01605
(508) 753 2006 telephone
(774) 221 9146 facsimile

THIS E-MAIL IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE ADDRESSEES.  THIS MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL.  IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS MESSAGE IS PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.