UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al                              **Case/AP Number** 16-01131 -FJB
                                                                  **Chapter**

Status Conference
#1 Notice of Removal Pursuant to 28 U.S.C. Sec. 1446 Complaint by Eugene Pelikov against Lev Goldfarb, Lydmila Rogalin

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order         _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held.  By the close of business on November 14, 2016, the plaintiff and each defendant shall file a statement indicating whether each party:

(1) consents to this court exercising jurisdiction to adjudicate all counts in this proceeding;
(2) consents to this court entering final judgment (subject to appeal to either the Bankruptcy Appellate Panel or a US District Judge) on all counts in this proceeding; and
(3) consents to this court conducting a jury trial, to the extent the issue is triable to a jury and a proper jury demand has been made.

Upon the receipt of the statements, the Court will, by agreement of the parties stated at the hearing, consolidate this proceeding with Adversary Proceeding No. 16-1168 and issue a further pretrial order.

IT IS SO ORDERED:

*Frank J Bailey* (signature)

_____ Dated: 11/07/2016
Frank J. Bailey
United States Bankruptcy Judge