UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al    **Case/AP Number** 16-01131 -FJB
**Chapter**

#13 Motion filed by Plaintiff Eugene Pelikov Expedited Inspection of Corporate Records and for Award of Attorney's Fees with certificate of service. (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit # [4] Exhibit # [5] Exhibit # [6] Exhibit # [7] Exhibit) (Shayefar, Matthew)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Defendants, through counsel, represented to the Court in a status conference that they do not contest producing the documents requested in this motion and that many of the documents have been gathered and are available in electronic form.  Accordingly, the Defendants are ordered to produce or make available to the Plaintiff the requested documents, specified in the motion, that are in their custody, possession or control by November 14, 2016.

IT IS SO ORDERED:

*Frank J Bailey* (signature)

_____ Dated: 11/08/2016
Frank J. Bailey
United States Bankruptcy Judge