# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>LEV GOLDFARB and<br>LYDMILA ROGALIN,<br><br>   Debtors | **Chapter 13**<br>**Case No. 16-12339-FJB** |
| EUGENE PELIKHOV,<br><br>   Plaintiff,<br><br>v.<br><br>GOLD AND FARB, INC.,<br>LEV GOLDFARB,<br>ALEXANDER GOLDFARB and<br>LYDMILA ROGALIN,<br><br>   Defendants. | **Adversary Proceeding**<br>**No. 16-01131-FJB** |

## STATEMENT OF PLAINTIFF PURSUANT TO COURT'S ORDER DATED NOVEMBER 7, 2016

Now comes Plaintiff Eugene Pelikhov in the above captioned action, and states that he:

1. Consents to this court exercising jurisdiction to adjudicate all counts in this proceeding;

2. Consents to this court entering final judgment (subject to appeal to either the Bankruptcy Appellate Panel or a US District Judge) on all counts in this proceeding; and

3. Consents to this court conducting a jury trial, to the extent the issue is triable to a jury and a proper jury demand has been made.

1

_____
Eugene Pelikhov

Respectfully submitted,
By his Attorneys,

/s/ Matthew Shayefar, Esq.
Matthew Shayefar (BBO# 685927)
Tel: (617) 928-1806
matt@bostonlawgroup.com
Valentin D. Gurvits (BBO# 643572)
Tel: (617) 928-1804
vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Fax: (617) 928-1802

Dated: November 10, 2016

### Certificate of Service

I hereby certify that this document, filed through the ECF system on November 10, 2016, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Matthew Shayefar, Esq.

2