United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Adv. Proc. No. 16-01131-fjb

Goldfarb,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: jregan     Page 1 of 1     Date Rcvd: Nov 08, 2016
                        Form ID: pdf012     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2016.
```
pla        +Eugene Pelikov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft        +Lev Goldfarb,   6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft        +Lydmila Rogalin,   6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Nov 08 2016 23:56:07      John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2016 at the address(es) listed below:
```
              Evan   Fray-Witzer     on behalf of Plaintiff Eugene    Pelikov Evan@CFWLegal.com
              Matthew   Shayefar    on behalf of Plaintiff Eugene    Pelikov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene    Pelikov vgurvits@bostonlawgroup.com
              Vladimir   von Timroth    on behalf of Defendant Lev    Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir   von Timroth    on behalf of Defendant Lydmila    Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

In Re: Pelikov v. Goldfarb et al          Case/AP Number 16-01131 -FJB
                                          Chapter

Status Conference
#1 Notice of Removal Pursuant to 28 U.S.C. Sec. 1446 Complaint by Eugene Pelikov against Lev Goldfarb, Lydmila Rogalin

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied       _____Denied without prejudice      _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held.  By the close of business on November 14, 2016, the plaintiff and each defendant shall file a statement indicating whether each party:

(1) consents to this court exercising jurisdiction to adjuducate all counts in this proceeding;
(2) consents to this court entering final judgment (subject to appeal to either the Bankruptcy Appellate Panel or a US District Judge) on all counts in this proceeding; and
(3) consents to this court conducting a jury trial, to the extent the issue is triable to a jury and a proper jury demand has been made.

Upon the receipt of the statements, the Court will, by agreement of the parties stated at the hearing, consolidate this proceeding with Adversary Proceeding No. 16-1168 and issue a further pretrial order.

IT IS SO ORDERED:

*Frank J Bailey*

_____ Dated: 11/07/2016
Frank J. Bailey
United States Bankruptcy Judge