United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Adv. Proc. No. 16-01131-fjb

Goldfarb,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1      User: jregan      Page 1 of 1      Date Rcvd: Nov 08, 2016
                       Form ID: pdf012      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2016.
```
pla         +Eugene Pelikov,   14 Orleans Avenue,   Salem, MA 01970-1816
dft         +Lev Goldfarb,   6 Loring Hills Avenue, C-6,   Salem, MA 01970-4200
dft         +Lydmila Rogalin,   6 Loring Hills Avenue, C-6,   Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Nov 08 2016 23:56:07     John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2016 at the address(es) listed below:
```
              Evan Fray-Witzer    on behalf of Plaintiff Eugene  Pelikov Evan@CFWLegal.com
              Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikov vgurvits@bostonlawgroup.com
              Vladimir von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir von Timroth    on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

| | |
|---|---|
| **In Re:** Pelikov v. Goldfarb et al | **Case/AP Number** 16-01131 -FJB |
| | **Chapter** |

#13 Motion filed by Plaintiff Eugene Pelikov Expedited Inspection of Corporate Records and for Award of Attorney's Fees with certificate of service. (Attachments: # [1] Exhibit # [2] Exhibit # [3] Exhibit # [4] Exhibit # [5] Exhibit # [6] Exhibit # [7] Exhibit) (Shayefar, Matthew)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Defendants, through counsel, represented to the Court in a status conference that they do not contest producing the documents requested in this motion and that many of the documents have been gathered and are available in electronic form. Accordingly, the Defendants are ordered to produce or make available to the Plaintiff the requested documents, specified in the motion, that are in their custody, possession or control by November 14, 2016.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____   Dated: 11/08/2016
Frank J. Bailey
United States Bankruptcy Judge