UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al    **Case/AP Number** 16-01131 **-FJB**
**Chapter**

#14 Order dated 11/7/2016 Re: [1] Notice of Removal Complaint. STATUS CONFERENCE HELD. BY THE CLOSE OF BUSINESS ON NOVEMBER 14, 2016, THE PLAINTIFF AND EACH DEFENDANT SHALL FILE A STATEMENT INDICATING WHETHER EACH PARTY: (1) CONSENTS TO THIS COURT EXERCISING JURISDICTION TO ADJUDUCATE ALL COUNTS IN THIS PROCEEDING; (2) CONSENTS TO THIS COURT ENTERING FINAL JUDGMENT (SUBJECT TO APPEAL TO EITHER THE BANKRUPTCY APPELLATE PANEL OR A US DISTRICT JUDGE) ON ALL COUNTS IN THIS PROCEEDING; AND (3) CONSENTS TO THIS COURT CONDUCTING A JURY TRIAL, TO THE EXTENT THE ISSUE IS TRIABLE TO A JURY AND A PROPER JURY

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Defendants have filed the required consent statement in Adversary Proceeding No. 16-1168. The Defendants shall file a consent statement in this Adversary Proceeding No. 16-1131 if they consent on or before November 21, 2016.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 11/15/2016
Frank J. Bailey
United States Bankruptcy Judge