United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Adv. Proc. No. 16-01131-fjb

Goldfarb,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1      User: ncalvo      Page 1 of 1      Date Rcvd: Nov 16, 2016
                            Form ID: pdf012     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
```
pla            +Eugene Pelikov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft            +Lev Goldfarb,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft            +Lydmila Rogalin,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Nov 16 2016 23:21:29      John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                                 TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:
```
              Evan   Fray-Witzer     on behalf of Plaintiff Eugene   Pelikov Evan@CFWLegal.com
              Matthew   Shayefar    on behalf of Plaintiff Eugene   Pelikov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene   Pelikov vgurvits@bostonlawgroup.com
              Vladimir   von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir   von Timroth    on behalf of Defendant Lydmila   Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                                 TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Pelikov v. Goldfarb et al

Case/AP Number 16-01131 -FJB
Chapter

#14 Order dated 11/7/2016 Re: [1] Notice of Removal Complaint. STATUS CONFERENCE HELD. BY THE CLOSE OF BUSINESS ON NOVEMBER 14, 2016, THE PLAINTIFF AND EACH DEFENDANT SHALL FILE A STATEMENT INDICATING WHETHER EACH PARTY: (1) CONSENTS TO THIS COURT EXERCISING JURISDICTION TO ADJUDUCATE ALL COUNTS IN THIS PROCEEDING; (2) CONSENTS TO THIS COURT ENTERING FINAL JUDGMENT (SUBJECT TO APPEAL TO EITHER THE BANKRUPTCY APPELLATE PANEL OR A US DISTRICT JUDGE) ON ALL COUNTS IN THIS PROCEEDING; AND (3) CONSENTS TO THIS COURT CONDUCTING A JURY TRIAL, TO THE EXTENT THE ISSUE IS TRIABLE TO A JURY AND A PROPER JURY

**COURT ACTION:**

_____ Hearing held
_____ Granted          _____ Approved          _____ Moot
_____ Denied           _____ Denied without prejudice          _____ Withdrawn in open court
_____ Overruled        _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order    _____ Released    _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Defendants have filed the required consent statement in Adversary Proceeding No. 16-1168. The Defendants shall file a consent statement in this Adversary Proceeding No. 16-1131 if they consent on or before November 21, 2016.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____    Dated: 11/15/2016
Frank J. Bailey
United States Bankruptcy Judge