UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:
LEV GOLDFARB and
LYDMILA ROGALIN,
        Debtor

Chapter 13
Case No. 16-12339

EUGENE PELIKOV,
        Plaintiff
    Vs.

GOLD AND FARB, INC.,
LEV GOLDFARB,
ALEXANDER GOLDFARB AND
LYDMILA ROGALIN
        Defendants.

Adversary Proceeding
No: 16-01131

**STATEMENT OF DEFENDANTS PURSUANT TO THIS COURT'S ORDER DATED NOVEMBER 7, 2016 REGARDING CONSENT TO JURISDICTION, ENTRY OF FINAL ORDER AND JURY TRIAL**

Now Comes, Gold and Farb, Inc., Lev Goldfarb, Ludmila Rogalin and Alexander Goldfarb and each state that each of them:

1. consent to this Court exercising jurisdiction to adjudicate all counts of this Proceeding;

2. consent to this Court entering final judgment (subject to appeal to either the Bankruptcy Appellate Panel or A US District Court Judge) on all counts of this Proceeding;

3. consent to this Court conducting a Jury Trial in this Proceeding to the extent the issue is triable to a jury and a proper jury demand has been made.

_Lev Goldfarb_
Lev Goldfarb

_Lev Goldfarb_
Gold and Farb, Inc.
By its President, Lev Goldfab

_Alex Goldfarb_
Alex Goldfarb

_Lydmila Rogalin_
Lydmila Rogalin

SUBMITTED BY:

/s/ *Vladimir von Timroth*

_____
Vladimir von Timroth, Esq., BBO #643553
Law Office of Vladimir von Timroth
405 Grove Street, Suite 204
Worcester, MA 01605
Tel. 508-753-2006
Fax 774-221-9146
vontimroth@gmail.com

Dated: November 23, 2016

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

/s/ *Vladimir von Timroth*

_____
Vladimir von Timroth, Esq., BBO #643553
vontimroth@gmail.com

Dated: November 23, 2016

Lev Goldfarb
Lydmila Rogalin
6 Loring Hills Avenue, C-6
Salem, MA 01970

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

Eugene Pelikhov
14 Orleans Avenue
Salem, MA 01970

Gary W. Cruickshank
Law Office of Gary W. Cruickshank
21 Custom House Street
Suite 920
Boston, MA 02110

Evan Fray-Witzer
Ciampa Fray-Witzer
20 Park Plaza
Suite 505
Boston, MA 02116

Valentin D. Gurvits
Matthew Shayefar
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459