UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al

**Case/AP Number** 16-01131 **-FJB**
**Chapter**

#24 Certificate of Rule 26(f) Conference and Rule 26(f) Discovery Plan (Re: [22] Order) filed by Plaintiff Eugene Pelikov

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied       _____Denied without prejudice      _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The proposed discovery deadlines are hereby approved.  The joint pretrial memorandum shall be due on or before June 29, 2017.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 12/23/2016
Frank J. Bailey
United States Bankruptcy Judge