United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Adv. Proc. No. 16-01131-fjb

Goldfarb,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1      User: ncalvo      Page 1 of 1      Date Rcvd: Dec 23, 2016
                       Form ID: pdf012      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2016.
```
pla            +Eugene Pelikov,   14 Orleans Avenue,   Salem, MA 01970-1816
dft            +Lev Goldfarb,   6 Loring Hills Avenue, C-6,   Salem, MA 01970-4200
dft            +Lydmila Rogalin,   6 Loring Hills Avenue, C-6,   Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Dec 23 2016 22:15:00     John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                              TOTAL: 1
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2016 at the address(es) listed below:
```
              Evan   Fray-Witzer    on behalf of Plaintiff Eugene   Pelikhov Evan@CFWLegal.com
              Evan   Fray-Witzer    on behalf of Plaintiff Eugene   Pelikov Evan@CFWLegal.com
              Gary W. Cruickshank    on behalf of Plaintiff Eugene   Pelikhov gwc@cruickshank-law.com
              Matthew   Shayefar    on behalf of Plaintiff Eugene   Pelikov matt@bostonlawgroup.com
              Matthew   Shayefar    on behalf of Plaintiff Eugene   Pelikhov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene   Pelikhov vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene   Pelikov vgurvits@bostonlawgroup.com
              Vladimir   von Timroth    on behalf of Defendant Lydmila   Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir   von Timroth    on behalf of Defendant Lev   Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al                    **Case/AP Number** 16-01131 -FJB
                                                        **Chapter**

    #24 Certificate of Rule 26(f) Conference and Rule 26(f) Discovery Plan (Re: [22] Order) filed by Plaintiff Eugene Pelikov

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The proposed discovery deadlines are hereby approved.  The joint pretrial memorandum shall be due on or before June 29, 2017.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 12/23/2016
Frank J. Bailey
United States Bankruptcy Judge