UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEV GOLDFARB and | ) | Chapter 13 |
| LYDMILA ROGALIN, | ) | Case No. 16-12339-FJB |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |
| EUGENE PELIKHOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 16-01168-FJB |
| | ) | |
| GOLD AND FARB, INC., | ) | |
| LEV GOLDFARD, | ) | Adversary Proceeding |
| ALEXANDER GOLDFARB and | ) | No. 16-1131-FJB |
| LYDMILA ROGALIN | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE FOR DEFENDANT *ALEXANDER GOLDFARB*
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that James P. Ehrhard of the law firm Ehrhard & Associates, P.C., hereby enters his appearance as counsel to *Alexander Goldfarb* in the above-captioned bankruptcy case, requests that his name be added to the mailing list maintained by the clerk in the above-captioned bankruptcy case, and that all notices given and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned bankruptcy case be given to and served upon Ehrhard & Associates, P.C. at the address set forth below in accordance with Fed. R. Bankr. P. Rules 2002, 3017, and 9007, MLBR 9010-3 and Section 342 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, responsive pleadings, memoranda and briefs in support or in opposition of any of the foregoing, and any other document brought before this Court with respect to the above-captioned bankruptcy case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which shall be sent to:

>James P. Ehrhard, Esq.
>Ehrhard & Associates, P.C.
>250 Commercial Street, Ste 410
>Worcester, MA 01608
>Telephone: (508) 791-8411
>Facsimile: (508) 752-6168
>ehrhard@ehrhardlaw.com

>Respectfully submitted,
>
>/s/ James P. Ehrhard
>James P. Ehrhard, Esq.
>BBO 651797
>Ehrhard & Associates, P.C.
>250 Commercial Street, Ste 410
>Worcester, MA 01608
>(508) 791-8411
>ehrhard@ehrhardlaw.com

Dated:  February 16, 2017

## CERTIFICATE OF SERVICE

    I, James P. Ehrhard, do hereby certify that upon receipt of the notice of electronic service, I will immediately serve a copy of the above Notice of Appearance and Request for Service of Papers via first class mail to the parties listed below if not noted as having received electronic service:

Evan Fray-Witzer, Esq., VIA ECF

Gary Cruickshank, Esq. VIA ECF

Valentin D. Gurvits, Esq., VIA ECF

Matthew Shayefar, Esq., VIA ECF

Vladimir von Timroth, Esq.. VIA ECF

                                                  /s/ James P. Ehrhard
                                                  James P. Ehrhard, Esq.

Dated:  February 16, 2017