**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Pelikov v. Goldfarb et al

**Case/AP Number** 16-01131 **-FJB**
**Chapter**

#30 Joint Motion filed by Defendants Gold and Farb, Inc., Alexander Goldfarb, Lev Goldfarb, Lydmila Rogalin To Limit Discovery and To Hold a Status Conference

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court will treat this motion as a request for a pre-motion discovery conference as required by the Court's pretrial and scheduling order [Doc. #22].  The Court will hold a telephonic off-the-record discovery conference on March 10, 2017 at 2:30 P.M.  To attend the conference, parties may dial 617-748-6691 and use passcode: 123456.

IT IS SO ORDERED:

_____Dated:_03/08/2017
Frank J. Bailey
United States Bankruptcy Judge