United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Adv. Proc. No. 16-01131-fjb

Goldfarb,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 1     Date Rcvd: Mar 08, 2017
                    Form ID: pdf012     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
```
dft            +Alexander Goldfarb,    154 Lynnway, Apt. 515,    Lynn, MA 01902-3447
pla            +Eugene Pelikov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft            +Gold and Farb, Inc.,    151-153 Broad Street,    Lynn, MA 01901-1607
dft            +Lev Goldfarb,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft            +Lydmila Rogalin,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Mar 08 2017 23:16:45      John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
```
                                                                                                                                                                                                     TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:
```
              Evan   Fray-Witzer    on behalf of Plaintiff Eugene   Pelikhov Evan@CFWLegal.com
              Evan   Fray-Witzer    on behalf of Plaintiff Eugene   Pelikov Evan@CFWLegal.com
              Gary W. Cruickshank    on behalf of Plaintiff Eugene   Pelikhov gwc@cruickshank-law.com
              James P. Ehrhard    on behalf of Defendant    Gold and Farb, Inc. ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              James P. Ehrhard    on behalf of Defendant Alexander   Goldfarb ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              Matthew   Shayefar    on behalf of Plaintiff Eugene   Pelikhov matt@bostonlawgroup.com
              Matthew   Shayefar    on behalf of Plaintiff Eugene   Pelikov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene   Pelikhov vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene   Pelikov vgurvits@bostonlawgroup.com
              Vladimir   von Timroth    on behalf of Defendant Lev   Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir   von Timroth    on behalf of Defendant Lydmila   Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
```
                                                                                                                                                                                                                                                                       TOTAL: 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al

**Case/AP Number** 16-01131 -FJB
**Chapter**

#30 Joint Motion filed by Defendants Gold and Farb, Inc., Alexander Goldfarb, Lev Goldfarb, Lydmila Rogalin To Limit Discovery and To Hold a Status Conference

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice       _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court will treat this motion as a request for a pre-motion discovery conference as required by the Court's pretrial and scheduling order [Doc. #22]. The Court will hold a telephonic off-the-record discovery conference on March 10, 2017 at 2:30 P.M. To attend the conference, parties may dial 617-748-6691 and use passcode: 123456.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

Dated: 03/08/2017

Frank J. Bailey
United States Bankruptcy Judge