UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:
LEV GOLDFARB and
LYDMILA ROGALIN,
    Debtor

Chapter 13
Case No. 16-12339

EUGENE PELIKOV,
    Plaintiff
Vs.

GOLD AND FARB, INC.,
LEV GOLDFARB,
ALEXANDER GOLDFARB AND
LYDMILA ROGALIN
    Defendants.

Adversary Proceeding
No: 16-01131

## MOTION TO EXTEND DISCOVERY DEADLINE

NOW COME, Lev Goldfarb, Ludmila Rogalin, Alex Goldfarb and Gold and Farb, Inc., through their respective counsel and respectfully request this court to modify the discovery deadline of May 29, 2017 by extending it by approximately 60 days to July 29, 2017 and to continue the deadline for filing of the Joint Pre-Trial Memorandum to August 29, 2017.

In support of such request the movants state that the extension is warranted as the litigant has reached a settlement in principal. Therefore, the extension is necessitated by the parties continuing settlement efforts.

WHEREFORE, the movant respectfully request this court to grant the relief as prayed and to grant such other and further relief as is just and proper.

[signature lines appear on the following page]

LEV GOLDFARB and
LYDMILA ROGALIN,
By their counsel:

*/s/ Vladimir von Timroth*

Vladimir von Timroth, Esq., BBO #643553
LAW OFFICE OF VLADIMIR VON TIMROTH
405 Grove Street, Suite 204
Worcester, MA 01605
Tel. 508-753-2006
Fax 774-221-9146
vontimroth@gmail.com

ALEX GOLDFARB and
GOLD AND FARB, INC.
By its counsel,

/s/ James P. Ehrhard

James P. Ehrhard
BBO# 651797
Ehrhard & Associates, P.C.
250 Commercial Street
Suite 410
Worcester, MA 01608
508-791-8411
Email: ehrhard@ehrhardlaw.com
Dated: March 7, 2017

Assented to:

Val Gurvits,
Attorney for Eugene Pelikov

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, counsel for the Defendants, hereby certify that on this 9th day of May, 2017, I served a copy of the foregoing MOTION by first class mail, postage prepaid to the parties listed below:

Vladimir A. von Timroth, Esq.

Lev Goldfarb
Lydmila Rogalin
6 Loring Hills Avenue, C-6
Salem, MA 01970

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

Eugene Pelikov
14 Orleans Avenue
Salem, MA 01970

Gary W. Cruickshank
Law Office of Gary W. Cruickshank
21 Custom House Street
Suite 920
Boston, MA 02110

Evan Fray-Witzer
Ciampa Fray-Witzer
20 Park Plaza
Suite 505
Boston, MA 02116

Valentin D. Gurvits
Matthew Shayefar
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459

James P. Ehrhard
Ehrhard & Associates PC
418 Main St # 4
Worcester, MA 01608