UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:
LEV GOLDFARB and                        Chapter 13
LYDMILA ROGALIN,                        Case No. 16-12339
            Debtor

EUGENE PELIKOV,
            Plaintiff
      Vs.                               Adversary Proceeding
                                        No: 16-01131

GOLD AND FARB, INC.,
LEV GOLDFARB,
ALEXANDER GOLDFARB AND
LYDMILA ROGALIN
            Defendants.

## MOTION TO EXTEND DISCOVERY DEADLINE

      NOW COME, Lev Goldfarb, Ludmila Rogalin, Alex Goldfarb and Gold and Farb, Inc.,

through their respective counsel and respectfully request this court to modify the discovery

deadline of May 29, 2017 by extending it by approximately 60 days to July 29, 2017 and to

continue the deadline for filing of the Joint Pre-Trial Memorandum to August 29, 2017.

      In support of such request the movants state that the extension is warranted as the litigant

has reached a settlement in principal. Therefore, the extension is necessitated by the parties

continuing settlement efforts.

      WHEREFORE, the movant respectfully request this court to grant the relief as prayed

and to grant such other and further relief as is just and proper.

[signature lines appear on the following page]

*05/09/2017. Granted. The discovery deadline is hereby extended to July 29, 2017 and the deadline for filing the joint pretrial memorandum is hereby extended to and including August 29, 2017.*