# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>LEV GOLDFARB and<br>LYDMILA ROGALIN,<br>    Debtors | Chapter 13<br>Case No. 16-12339-FJB |
| EUGENE PELIKHOV,<br>    Plaintiff,<br><br>v.<br><br>GOLD AND FARB, INC.,<br>LEV GOLDFARB,<br>ALEXANDER GOLDFARB and<br>LYDMILA ROGALIN,<br>    Defendants. | Adversary Proceeding<br>No. 16-1131-FJB<br><br>Adversary Proceeding<br>No. 16-01168-FJB |

### [PROPOSED VERSION 1] ORDER ON
### MOTION TO APPROVE SETTLEMENT AGREEMENT

**THIS CAUSE**, having come to be heard upon Movant Eugene Pelikhov's Motion to Approve Settlement Agreement, and the Court having reviewed the documents and circumstances hereof, and being otherwise fully advised on the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:  The Settlement Agreement attached as Exhibit 1 to the Motion is approved in its entirety and the Defendants are all bound by the provisions of the Settlement Agreement.

**DONE AND ORDERED** in Chambers, at _____, Massachusetts this ____ day of _____, 2017.

_____