United States Bankruptcy Court
District of Massachusetts

Pelikov,
        Plaintiff                                            Adv. Proc. No. 16-01131-fjb

Goldfarb,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: elombard          Page 1 of 1          Date Rcvd: Jun 16, 2017
                             Form ID: aphrg           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
dft          +Alexander Goldfarb,   154 Lynnway, Apt. 515,   Lynn, MA 01902-3447
pla          +Eugene Pelikov,   14 Orleans Avenue,   Salem, MA 01970-1816
dft          +Gold and Farb, Inc.,   151-153 Broad Street,   Lynn, MA 01901-1607
dft          +Lev Goldfarb,   6 Loring Hills Avenue, C-6,   Salem, MA 01970-4200
dft          +Lydmila Rogalin,   6 Loring Hills Avenue, C-6,   Salem, MA 01970-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jun 16 2017 22:36:45    John Fitzgerald,
             Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
            Evan  Fray-Witzer   on behalf of Plaintiff Eugene  Pelikhov Evan@CFWLegal.com
            Evan  Fray-Witzer   on behalf of Plaintiff Eugene  Pelikov Evan@CFWLegal.com
            Gary W. Cruickshank   on behalf of Plaintiff Eugene  Pelikhov gwc@cruickshank-law.com
            James P. Ehrhard   on behalf of Defendant   Gold and Farb, Inc. ehrhard@ehrhardlaw.com,
             cote@ehrhardlaw.com
            James P. Ehrhard   on behalf of Defendant Alexander  Goldfarb ehrhard@ehrhardlaw.com,
             cote@ehrhardlaw.com
            Matthew  Shayefar   on behalf of Plaintiff Eugene  Pelikhov matt@bostonlawgroup.com
            Matthew  Shayefar   on behalf of Plaintiff Eugene  Pelikov matt@bostonlawgroup.com
            Valentin D. Gurvits   on behalf of Plaintiff Eugene  Pelikhov vgurvits@bostonlawgroup.com
            Valentin D. Gurvits   on behalf of Plaintiff Eugene  Pelikov vgurvits@bostonlawgroup.com
            Vladimir  von Timroth   on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
             vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
            Vladimir  von Timroth   on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
             vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                            TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Lev Goldfarb | Related Bankruptcy Case: 16–12339 |
| Lydmila Rogalin | Chapter 13 |
| Debtor | Judge Frank J. Bailey |
| | |
| Eugene Pelikov | Adversary Proceeding: 16–01131 |
| Plaintiff | |
| vs. | |
| Lev Goldfarb | |
| Defendant | |

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **7/12/17 at 10:30 A.M** before the Honorable Judge Frank J. Bailey, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following:

> [35] Motion filed by Plaintiff Eugene Pelikov to Approve Settlement Agreement RE: [1] Complaint.

**OBJECTION/RESPONSE DEADLINE: JULY 3, 2017 4:30 P.M.**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:6/16/17

By the Court,

Elizabeth Kreymer
Deputy Clerk
617–748–5346

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.