**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>LEV GOLDFARB and<br>LYDMILA ROGALIN,<br><br>   Debtors | **Chapter 13**<br>**Case No. 16-12339-FJB** |
| EUGENE PELIKHOV,<br><br>   Plaintiff,<br><br>v.<br><br>GOLD AND FARB, INC.,<br>LEV GOLDFARB,<br>ALEXANDER GOLDFARB and<br>LYDMILA ROGALIN,<br><br>   Defendants. | **Adversary Proceeding**<br>**No. 16-1131-FJB**<br><br>**Adversary Proceeding**<br>**No. 16-01168-FJB** |

**Certificate of Service**

I hereby certify, under penalty of perjury, that I sent the Notice of Nonevidenciary Hearing dated June 16, 2017 issued by the Court in Adversary Proceeding No. 16-1131-FJB (Docket No. 36) (filed herewith) by first class mail and email to the persons/entities set forth in the following Service List on June 20, 2017 and that I prepared this Certificate of Service and that it is true and correct to the best of my information and belief.

                                              /s/ Matthew Shayefar, Esq.

**Service List**

James P. Ehrhard
Ehrhard & Associates, P.C.
250 Commercial Street, Suite 410
Worcester, Massachusetts 01608
ehrhard@ehrhardlaw.com
(attorney for Gold and Farb, Inc. and Alexander Goldfarb)

Vladimir von Timroth
Law Office of Vladimir von Timroth
405 Grove Street, Suite 204
Worcester, Massachusetts 01605
vontimroth@gmail.com
(attorney for Lev Goldfarb and Lydmila Rogalin)

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P.O. Box 8250
Boston, Massachusetts 02114
13trustee@ch13boston.com
(Chapter 13 Trustee)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Lev Goldfarb | Related Bankruptcy Case: 16–12339 |
| | Lydmila Rogalin | Chapter 13 |
| | Debtor | Judge Frank J. Bailey |
| | Eugene Pelikov | Adversary Proceeding: 16–01131 |
| | Plaintiff | |
| | vs. | |
| | Lev Goldfarb | |
| | Defendant | |

### NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **7/12/17 at 10:30 A.M** before the Honorable Judge Frank J. Bailey, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following:

> [35] Motion filed by Plaintiff Eugene Pelikov to Approve Settlement Agreement RE: [1] Complaint.

**OBJECTION/RESPONSE DEADLINE: JULY 3, 2017 4:30 P.M.**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date: 6/16/17

By the Court,

Elizabeth Kreymer
Deputy Clerk
617–748–5346

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.