# Exhibit 2

## AFFIDAVIT OF ALEXANDER LITVAK

Aleksander Litvak, being duly sworn, does hereby depose and state:

1. My name is Alexander Litvak. Unless otherwise stated, I make this affidavit of my own personal knowledge. I reside at 12 Longview Drive, Marblehead MA 01945. I am over 18 years of age.

2. On February 8, 2017 I met with Leonid Goldfarb in his office at the Gastronom store located at Broad Street, Lynn, MA

3. During that meeting, Mr. Goldfarb stated that he has damaging and compromising information about Attorney Val Gurvits, Attorney Elina Mushin, Mr. Igor Likterov and Mr. Natan Temin.

4. Mr. Goldfarb stated that he has evidence that Attorney Gurvits was involved in money laundering and that this information would also adversely affect Mr. Natan Temin.

5. Mr. Goldfarb also stated that he has evidence that Attorney Mushin was involved in Medicaid fraud.

6. Mr. Goldfarb asked me to communicate to Attorney Mushin and Mr. Igor Likterov that if his demands are not met by April 1, 2017, he will release this damaging and compromising evidence to newspapers and on the Internet.

7. Mr. Goldfarb's demand, which he stated during our meeting, was that by April 1, 2017 Mr. Eugene Pelikhov must agree to accept Mr. Goldfarb's terms to settle the pending lawsuit filed by Mr. Pelikhov against Mr. Goldfarb, and that the entire lawsuit must be dismissed by June 1, 2017.

8. I summarized his demand in his presence by writing the documents attached hereto as <u>Attachment A.</u> He looked at the document and confirmed to me that this is the accurate summary of his demand. This document, in Russian (a language in which both Mr. Goldfarb and I are fluent), states:

"1. Before April1 deadline (Medicaid) (newspaper, internet)"

"2. Plavtsihi husband loan 105,000 cash"

"3. With Eugene June 1"

9. Mr. Goldfarb also told and wrote on the piece of paper that he plans to sell his 75% percent of the grocery store for $500,000.

10. Mr. Goldfarb brought to the meeting and gave to me the document attached hereto as <u>Attachment B.</u> According to Mr. Goldfarb, this document explains his valuation of his ownership portion of the grocery store.

Signed under the pains and penalties of perjury this 10th day of February, 2017.

_Aleksandr Litvak_
Alexander Litvak

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

On this 10th day of February, 2017, before me, the undersigned notary public, personally appeared A l e k s a n d e r  L i t v a k, proved to me through satisfactory evidence of identification, which was photographic identification with signature issued by a federal or state governmental agency, oath or affirmation of a credible witness, personal knowledge of the undersigned, to be the person whose name is signed on the preceding document and who acknowledged to me that she signed it voluntarily for its stated purpose.

Notary Public


ELINA MUSHIN
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires Aug. 3, 2018

1. до 1 Апреля дед лайн (медикей
   (газета, интернет)
2. Плавщихи мужа лон 105.000 кеш
3. С Женей 1 июня.



- Lease asvpm : $ 100,000.00  2,100.00  $ 900.00
- Bizness loan : $ 70,000.00
  Inventor : $ 64,225.00  Food
  Credit card for bizness : $ 39,000.00 ?

  Total : $ 273,225.00
  + Loan Track : $ 30,000.00  — monthly
  $ 303,225.00

5 тысяч
и в месяц 1000 ( 2 раза 500$ )

до продажи бизнеса

16a$  2 года

75% ← от 250,000 ÷ до 300,000
25% →  за

$ 500,000

Maker of the Genuine Swiss Army Knife