UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al                              **Case/AP Number** 16-01131 **-FJB**
                                                                  **Chapter**

> #35 Motion filed by Plaintiff Eugene Pelikov to Approve Settlement Agreement Re: [1] Complaint.
> #39 Limited Opposition filed by Defendants Lev Goldfarb and Lydmila Rogalin.
> #40 Opposition filed by Defendants Gold and Farb, Inc., Alexander Goldfarb.
> #41 Limited Objection with certificate of service filed by Trustee Carolyn Bankowski.

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  For the reasons stated on the record, the instant motion is hereby denied.  The Court will hold a trial in this adversary proceeding beginning on January 29, 2018 at 9:30 A.M. and continuing each day through February 2, 2018.  The Court will hold a final pretrial conference on January 22, 2018 at 10:00 A.M.

On or before July 19, 2017 at 4:30 P.M., the parties shall file a proposed agreed scheduling order that details a discovery deadlne and any associated deadlines.  In the event the parties are unable to agree to a proposed schedule, the parties shall file a one-page notice requesting an off-the-record discovery conference.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____Dated: 07/12/2017
Frank J. Bailey
United States Bankruptcy Judge