United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Adv. Proc. No. 16-01131-fjb

Goldfarb,
    Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: ncalvo              Page 1 of 1              Date Rcvd: Jul 13, 2017
                              Form ID: pdf012           Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.
```
dft            +Alexander Goldfarb,    154 Lynnway, Apt. 515,    Lynn, MA 01902-3447
pla            +Eugene Pelikov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft            +Gold and Farb, Inc.,    151-153 Broad Street,    Lynn, MA 01901-1607
dft            +Lev Goldfarb,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft            +Lydmila Rogalin,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jul 13 2017 22:59:54     John Fitzgerald,
                 Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:
```
              Carolyn Bankowski-13   13trustee@ch13boston.com
              Evan Fray-Witzer    on behalf of Plaintiff Eugene  Pelikhov Evan@CFWLegal.com
              Evan Fray-Witzer    on behalf of Plaintiff Eugene  Pelikov Evan@CFWLegal.com
              Gary W. Cruickshank    on behalf of Plaintiff Eugene  Pelikhov gwc@cruickshank-law.com
              James P. Ehrhard    on behalf of Defendant  Gold and Farb, Inc. ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              James P. Ehrhard    on behalf of Defendant Alexander  Goldfarb ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikhov matt@bostonlawgroup.com
              Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikhov vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikov vgurvits@bostonlawgroup.com
              Vladimir von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir von Timroth    on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Pelikov v. Goldfarb et al          Case/AP Number 16-01131 -FJB
                                          Chapter

> #35 Motion filed by Plaintiff Eugene Pelikov to Approve Settlement Agreement Re: [1] Complaint.
> #39 Limited Opposition filed by Defendants Lev Goldfarb and Lydmila Rogalin.
> #40 Opposition filed by Defendants Gold and Farb, Inc., Alexander Goldfarb.
> #41 Limited Objection with certificate of service filed by Trustee Carolyn Bankowski.

**COURT ACTION:**

_____ Hearing held
_____ Granted          _____ Approved          _____ Moot
_____ Denied           _____ Denied without prejudice          _____ Withdrawn in open court
_____ Overruled        _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order        _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the instant motion is hereby denied. The Court will hold a trial in this adversary proceeding beginning on January 29, 2018 at 9:30 A.M. and continuing each day through February 2, 2018. The Court will hold a final pretrial conference on January 22, 2018 at 10:00 A.M.

On or before July 19, 2017 at 4:30 P.M., the parties shall file a proposed agreed scheduling order that details a discovery deadlne and any associated deadlines. In the event the parties are unable to agree to a proposed schedule, the parties shall file a one-page notice requesting an off-the-record discovery conference.

IT IS SO ORDERED:

_____ Dated: 07/12/2017
Frank J. Bailey
United States Bankruptcy Judge