UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

_____

In re:
LEV GOLDFARB and                              Chapter 13
LYDMILA ROGALIN,                              Case No. 16-12339
       Debtor
_____

EUGENE PELIKOV,
       Plaintiff                         Adversary Proceeding
   Vs.                                        No: 16-01131-FJB
                                                 No. 16-01168-FJB
GOLD AND FARB, INC.,                          (consolidated)
LEV GOLDFARB,
ALEXANDER GOLDFARB AND
LYDMILA ROGALIN
       Defendants.

_____

JOINT MOTION FOR ENTRY OF SCHEDULING ORDER
_____

NOW COME, the Plaintiff, Eugene Pelikov and the Debtors/Defendants, Lev Goldfarb and Lydmila Rogalin, and Non-Debtor/Defendants, Gold and Farb, Inc. and Alexander Goldfarb, (hereinafter collectively referred to as the "Parties") through their respective counsel, jointly move this Court to issue the following scheduling order in the above entitled consolidated Adversary Proceeding:

1. The Parties shall complete their discovery on or before November 20, 2017.
2. The Parties shall file dispositive motions, if any, on or before December 20, 2017.

WHEREFORE, the Parties respectfully request this Court to issue a scheduling order in accordance with the above agreement between the Parties or such order as this Court deems just and proper.

[Signature lines appear on the next page]

LEV GOLDFARB and
LUDMILA ROGALIN
By their counsel:

*/s/ Vladimir von Timroth*

_____
Vladimir von Timroth, Esq., BBO #643553
Law Office of Vladimir von Timroth
405 Grove Street, Suite 204
Worcester, MA 01605
Tel. 508-753-2006
Fax 774-221-9146
vontimroth@gmail.com

EUGENE PELIKOV
By his counsel:

/s/ Valentin D. Gurvits

_____
Valentin D. Gurvits,  BBO# 643572
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459
617-928-1804
Fax : 617-928-1802
Email: vgurvits@bostonlawgroup.com

ALEXANDER GOLDFARB
By his counsel:

/s/ James P. Ehrhard

_____
James P. Ehrhard, BBO # 651797
Ehrhard & Associates, P.C.
250 Commercial Street
Suite 410
Worcester, MA 01608
508-791-8411
Email: ehrhard@ehrhardlaw.com

GOLD & FARB, INC.
By its counsel:

/s/ James P. Ehrhard

_____
James P. Ehrhard, BBO # 651797
Ehrhard & Associates, P.C.
250 Commercial Street
Suite 410
Worcester, MA 01608
508-791-8411
Email: ehrhard@ehrhardlaw.com

Dated: July 17, 2017

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

/s/ *Vladimir von Timroth*
_____
Vladimir von Timroth, Esq., BBO #643553
vontimroth@gmail.com

Dated: July 17, 2017

Lev Goldfarb
Lydmila Rogalin
6 Loring Hills Avenue, C-6
Salem, MA 01970

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

Eugene Pelikhov
14 Orleans Avenue
Salem, MA 01970

Gary W. Cruickshank
Law Office of Gary W. Cruickshank
21 Custom House Street
Suite 920
Boston, MA 02110

Evan Fray-Witzer
Ciampa Fray-Witzer
20 Park Plaza
Suite 505
Boston, MA 02116

Valentin D. Gurvits
Matthew Shayefar
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459

James P. Ehrhard
Ehrhard & Associates, P.C.
250 Commercial Street
Suite 410
Worcester, MA 01608
508-791-8411
Email: ehrhard@ehrhardlaw.com