# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al

**Case/AP Number** 16-01131 **-FJB**
**Chapter**

#46 Joint Motion filed by Defendants Gold and Farb, Inc., Alexander Goldfarb, Lev Goldfarb, Lydmila Rogalin, Plaintiff Eugene Pelikov For Entry of Scheduling Order

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied       _____Denied without prejudice      _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted.  The Court's Pretrial and Scheduling Order [#22] is hereby amended as follows:

(1) The Parties shall complete their discovery on or before November 20, 2017;
(2) The Parties shall file dispositive motions, if any, on or before December 20, 2017;
(3) The Parties shall file a joint pretrial memorandum on or before January 15, 2018;
(4) The Court will hold a final pretrial conference on or before January 22, 2018 at 10:00 A.M; and
(5) The Court will hold a trial in this adversary proceeding beginning on January 29, 2018 at 9:30 A.M. and continuing each day through February 2, 2018.

IT IS SO ORDERED:

_Frank J. Bailey_      Dated: 07/19/2017
_____
Frank J. Bailey
United States Bankruptcy Judge