United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Goldfarb,
    Defendant

Adv. Proc. No. 16-01131-fjb

# CERTIFICATE OF NOTICE

District/off: 0101-1      User: ncalvo      Page 1 of 1      Date Rcvd: Jul 19, 2017
                      Form ID: pdf012    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
```
dft         +Alexander Goldfarb,   154 Lynnway, Apt. 515,   Lynn, MA 01902-3447
pla         +Eugene Pelikov,   14 Orleans Avenue,   Salem, MA 01970-1816
dft         +Gold and Farb, Inc.,   151-153 Broad Street,   Lynn, MA 01901-1607
dft         +Lev Goldfarb,   6 Loring Hills Avenue, C-6,   Salem, MA 01970-4200
dft         +Lydmila Rogalin,   6 Loring Hills Avenue, C-6,   Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jul 19 2017 22:57:19     John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:
```
          Carolyn Bankowski-13    13trustee@ch13boston.com
          Evan Fray-Witzer    on behalf of Plaintiff Eugene  Pelikhov Evan@CFWLegal.com
          Evan Fray-Witzer    on behalf of Plaintiff Eugene  Pelikov Evan@CFWLegal.com
          Gary W. Cruickshank    on behalf of Plaintiff Eugene  Pelikhov gwc@cruickshank-law.com
          James P. Ehrhard    on behalf of Defendant   Gold and Farb, Inc. ehrhard@ehrhardlaw.com,
           cote@ehrhardlaw.com
          James P. Ehrhard    on behalf of Defendant Alexander  Goldfarb ehrhard@ehrhardlaw.com,
           cote@ehrhardlaw.com
          Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikhov matt@bostonlawgroup.com
          Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikov matt@bostonlawgroup.com
          Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikhov vgurvits@bostonlawgroup.com
          Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikov vgurvits@bostonlawgroup.com
          Vladimir von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
           vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
          Vladimir von Timroth    on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
           vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                            TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

In Re: Pelikov v. Goldfarb et al

Case/AP Number 16-01131 -FJB
Chapter

#46 Joint Motion filed by Defendants Gold and Farb, Inc., Alexander Goldfarb, Lev Goldfarb, Lydmila Rogalin, Plaintiff Eugene Pelikov For Entry of Scheduling Order

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved         _____Moot

_____Denied          _____Denied without prejudice          _____Withdrawn in open court

_____Overruled       _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted.  The Court's Pretrial and Scheduling Order [#22] is hereby amended as follows:

(1) The Parties shall complete their discovery on or before November 20, 2017;
(2) The Parties shall file dispositive motions, if any, on or before December 20, 2017;
(3) The Parties shall file a joint pretrial memorandum on or before January 15, 2018;
(4) The Court will hold a final pretrial conference on or before January 22, 2018 at 10:00 A.M; and
(5) The Court will hold a trial in this adversary proceeding beginning on January 29, 2018 at 9:30 A.M. and continuing each day through February 2, 2018.

IT IS SO ORDERED:

*Frank J. Bailey*                              Dated: 07/19/2017
Frank J. Bailey
United States Bankruptcy Judge