UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

_____

In re:
LEV GOLDFARB and                                    Chapter 13
LYDMILA ROGALIN,                                    Case No. 16-12339
       Debtors

_____

EUGENE PELIKOV,
       Plaintiff                                    Adversary Proceeding
   Vs.                                               No: 16-01131-FJB
                                                                                                      No. 16-01168-FJB
GOLD AND FARB, INC.,                                (consolidated)
LEV GOLDFARB,
ALEXANDER GOLDFARB AND
LYDMILA ROGALIN
       Defendants.

_____

JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER
AND TO CONTINUE TRIAL DATE
_____

NOW COME, the Plaintiff, Eugene Pelikhov and the Debtors/Defendants, Lev Goldfarb and Lydmila Rogalin, and Non-Debtor/Defendants, Gold and Farb, Inc. and Alexander Goldfarb, (hereinafter collectively referred to as the "Parties") through their respective counsel and jointly move this court to amend the Scheduling Order and to continue the trial.

    In support of such requests the parties state as follows:

1. On July 19, 2017 this Court issued an Order setting forth the following deadlines for the pre-trial proceeding.

    a. The Parties shall complete their discovery on or before November 20, 2017.

    b. The Parties shall file dispositive motions, if any, on or before December 20, 2017.

    c. The Parties shall file a Joint Pre-Trial Memorandum on or before January 15, 2018,

    d. The Court will hold a final pre-trial conference on January 22, 2018 at 10:00 a.m.

    e. The Court will hold a trial in this proceeding beginning January 29, 2018 and continue each day through February 2, 2018.

2. Counsel for the Parties has agreed that an additional 90 days is necessary to complete discovery.

3. In view of this, the Parties has agreed to jointly seek this Honorable Courts' order amending the forgoing deadlines as follows:

   a. The Parties shall complete their discovery on or before February 20, 2018.

   b. The Parties shall file dispositive motions, if any, on or before March 20, 2018.

4. The Parties further respectfully request this Court to set up new deadlines for the filing of the Joint Pre-Trial Statement, and to set up new date for the final pre-trial conference and to establish new trial date.

5. In support of such request the Parties submit that the requested continuance is necessary to give the Parties adequate time to complete the discovery and is likely to improve the quality of trial preparedness.

WHEREFORE, the Parties respectfully request this Court to issue a scheduling order in accordance with the above agreement between the Parties or such order as this Court deems just and proper.

LEV GOLDFARB and
LUDMILA ROGALIN
By their counsel:

/s/ Vladimir von Timroth
_____
Vladimir von Timroth, Esq., BBO 643553
Law Office of Vladimir von Timroth
405 Grove Street, Suite 204
Worcester, MA 01605
Telephone: 508-753-2006
Facsimile: 774-221-9146
vontimroth@gmail.com

GOLD AND FARB, INC. and
ALEXANDER GOLDFARB
By their counsel:

/s/ James P. Ehrhard
_____
James P. Ehrhard, Esq., BBO 651797
Ehrhard & Associates, P.C.
250 Commercial Street, Ste 410
Worcester, MA 01608
Telephone: (508) 791-8411
Facsimile: (508) 752-6168
ehrhard@ehrhardlaw.com

EUGENE PELIKHOV
By his counsel:

*/s/ Valentin D. Gurvits*
_____
Valentin D. Gurvits, Esq., BBO 643572
Boston Law Group PC
825 Beacon Street, Ste. 20
Newton Centre, MA 02459
617-928-1804
vgurvits@bostonlawgroup.com

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

/s/ *Vladimir von Timroth*
_____
Vladimir von Timroth, Esq., BBO #643553
vontimroth@gmail.com

Dated: September 20, 2017

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

Lev Goldfarb
Lydmila Rogalin
6 Loring Hills Avenue, C-6
Salem, MA 01970

Gold and Farb, Inc.
151-153 Broad Street
Lynn, MA 01901

Alexander Goldfarb
154 Lynnway, Apt. 515
Lynn, MA 01902

Eugene Pelikhov
14 Orleans Avenue
Salem, MA 01970

Evan Fray-Witzer
Ciampa Fray-Witzer
20 Park Plaza
Suite 505
Boston, MA 02116

Valentin D. Gurvits
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459

Matthew Shayefar
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459

James P. Ehrhard
Ehrhard & Associates, P.C.
250 Commercial Street
Suite 410
Worcester, MA 01608