**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Lev Goldfarb | Related Bankruptcy Case: 16–12339 |
| and Lydmila Rogalin | Chapter 13 |
| Debtor | Judge Frank J. Bailey |
| | |
| Eugene Pelikov | Adversary Proceeding: 16–01131 |
| Plaintiff | |
| vs. | |
| Lev Goldfarb et al. | |
| Defendant | |

## ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has received notice of an electronically filed document by you in the above–referenced case on **SEPTEMBER 20, 2017** as document number **49**. A Clerk's Corrective Entry has been made by the Court which **requires expedited action by you.**

**THE FOLLOWING REQUIRES CORRECTIVE ACTION BY THE REGISTERED USER:**

☐ **Document has wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with correct and readable PDF using the original event.

☒ **Document Docketed using wrong event.** Please re–file electronically using correct event. **Motion to Continue Hearing**

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐ **Document is unsigned or information is missing.** Signatures must be present as /s/ or a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☐ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically.

☐ **Case association incorrect.** Please check for proper association and re–file electronically.

☐ **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

☐ **Other:**

You are hereby **ORDERED** to file the above required document(s) within two (2) business days of the date of this notice.

**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date: 9/21/17                                                                                   By the Court,

                                          <u>Noe Calvo</u>  
                                          Deputy Clerk  
                                          617–748–5344

50 – 49