UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al                    **Case/AP Number** 16-01131 **-FJB**
                                                        **Chapter**

#51 Joint Motion filed by Defendants Gold and Farb, Inc., Alexander Goldfarb, Lev Goldfarb, Lydmila Rogalin, Plaintiff Eugene Pelikov for Entry of Amended Scheduling Order and to Continue Trial date [RE: [1] Complaint]

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released       _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted: the deadlines are hereby extended as follows:

a.  The Parties shall complete their discovery on or before February 20, 2018.
b.  The Parties shall file dispositive motions, if any, on or before March 20, 2018.
c.  The Parties shall file a Joint Pre-Trial Memorandum on or before April 16, 2018.
d.  The Court will hold a final pre-trial conference on April 24, 2018, at 10:30 a.m.
e.  The Court will hold a trial in this proceeding on May 7, 8, 9, 10, and 11, 2018.

IT IS SO ORDERED:

_____Dated: 09/21/2017
Frank J. Bailey
United States Bankruptcy Judge