United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Adv. Proc. No. 16-01131-fjb

Goldfarb,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1      User: ncalvo      Page 1 of 1      Date Rcvd: Sep 21, 2017
     Form ID: pdf012      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
```
dft          +Alexander Goldfarb,    154 Lynnway, Apt. 515,    Lynn, MA 01902-3447
pla          +Eugene Pelikov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft          +Gold and Farb, Inc.,    151-153 Broad Street,    Lynn, MA 01901-1607
dft          +Lev Goldfarb,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft          +Lydmila Rogalin,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 21 2017 22:35:13     John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

    ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
```
              Carolyn Bankowski-13-12    13trustee@ch13boston.com
              Evan Fray-Witzer    on behalf of Plaintiff Eugene  Pelikov Evan@CFWLegal.com
              Evan Fray-Witzer    on behalf of Plaintiff Eugene  Pelikhov Evan@CFWLegal.com
              Gary W. Cruickshank    on behalf of Plaintiff Eugene  Pelikhov gwc@cruickshank-law.com
              James P. Ehrhard    on behalf of Defendant  Gold and Farb, Inc. ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              James P. Ehrhard    on behalf of Defendant Alexander  Goldfarb ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikhov matt@bostonlawgroup.com
              Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikhov vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikov vgurvits@bostonlawgroup.com
              Vladimir von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com;dvontimrecf@gmail.com
              Vladimir von Timroth    on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com;dvontimrecf@gmail.com
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Pelikov v. Goldfarb et al

**Case/AP Number** 16-01131 **-FJB**
**Chapter**

#51 Joint Motion filed by Defendants Gold and Farb, Inc., Alexander Goldfarb, Lev Goldfarb, Lydmila Rogalin, Plaintiff Eugene Pelikov for Entry of Amended Scheduling Order and to Continue Trial date [RE: [1] Complaint]

**COURT ACTION:**

_____ Hearing held
_____ Granted      _____ Approved      _____ Moot
_____ Denied       _____ Denied without prejudice      _____ Withdrawn in open court
_____ Overruled    _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order       _____ Released       _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted: the deadlines are hereby extended as follows:

a. The Parties shall complete their discovery on or before February 20, 2018.
b. The Parties shall file dispositive motions, if any, on or before March 20, 2018.
c. The Parties shall file a Joint Pre-Trial Memorandum on or before April 16, 2018.
d. The Court will hold a final pre-trial conference on April 24, 2018, at 10:30 a.m.
e. The Court will hold a trial in this proceeding on May 7, 8, 9, 10, and 11, 2018.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_      Dated: 09/21/2017
Frank J. Bailey
United States Bankruptcy Judge