UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

_____

In re:
LEV GOLDFARB and                             Chapter 13
LYDMILA ROGALIN,                             Case No. 16-12339
         Debtors

_____

EUGENE PELIKOV,
         Plaintiff                           Adversary Proceeding
Vs.                                          No: 16-01131-FJB
                                             No. 16-01168-FJB
GOLD AND FARB, INC.,                         (consolidated)
LEV GOLDFARB,
ALEXANDER GOLDFARB AND
LYDMILA ROGALIN
         Defendants.

_____

JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER
AND TO CONTINUE TRIAL DATE
_____

The Plaintiff, Eugene Pelikhov, the Debtors/Defendants, Lev Goldfarb and Lydmila Rogalin, and the Non-Debtor/Defendants, Gold and Farb, Inc., and Alexander Goldfarb (hereinafter collectively referred to as the "Parties") jointly and through their respective counsel move this Court to amend the Scheduling Order and to continue the trial.

In support of such request the movants state as follows:

1. On July 19, 2017 this Court issued an order setting forth the following deadlines for the pre-trial proceeding.

    a. The Parties shall complete their discovery on or before November 20, 2017.

    b. The Parties shall file dispositive motions, if any, on or before December 20, 2017

    c. The Parties shall file a Joint Pre-Trial Memorandum on or before January 15, 2018.

    d. The Court will hold a final pre-trial conference on January 22, 2018 at 10:00 a.m.

    e. The Court will hold a trial in this proceeding beginning January 29, 2018 and continue each day through February 2, 2018.

2. This Court's Order dated September 21, 2017 granted the Joint Motion filed by the Parties for Entry of an Amended Scheduling Order and to Continue Trial Date. The deadlines were extended as follows:

   a. The Parties shall complete their discovery on or before February 20, 2018.

   b. The Parties shall file dispositive motions, if any, on or before March 20, 2018.

   c. The Parties shall file a joint Pre-Trial Memorandum on or before April 16, 2018.

   d. The Court will hold a final Pre-Trial Conference on April 24, 2018, at 10:30 a.m.

   e. The Court will hold a trial in this proceeding on May 7, 8, 9, 10, and 11 2018.

3. Counsel for the Parties have agreed that an additional 90 days are necessary to complete discovery.

4. In view of this, as well as ongoing settlement negotiations the Parties have agreed to jointly seek this Honorable Court's order amending the foregoing deadlines as follows:

   a. The Parties shall complete their discovery on or before Monday, May 21, 2018.

   b. The Parties shall file dispositive motions, if any, on or before Monday, June 18, 2018.

5. The Parties further respectfully request this Court to set up new deadlines for the filing of the Joint Pre-Trial Statement, and to set up new dates for the final Pre-Trial Conference and to establish a new trial date.

6. In support of such request the Parties submit that the requested continuance is necessary to give the Parties adequate time to complete the discovery, negotiate a settlement to this matter, and would be likely to improve the quality of trial preparedness.

WHEREFORE, the Parties respectfully request this Court to issue a Scheduling Order in accordance with the above agreement between the Parties or such order as this Court deems just and proper.

[signature lines on following page]

LEV GOLDFARB and
LYDMILA ROGALIN
By their counsel:

/s/ Vladimir von Timroth
_____

Vladimir von Timroth, Esq., BBO 643553
Von Timroth P.A.
405 Grove St., Suite 204
Worcester, MA 01605
Tel: (508)-753-2006
Fax: (774)-221-9146
vontimroth@gmail.com

GOLD AND FARB, INC. and
ALEXANDER GOLDFARB
By their counsel:

/s/ James P. Ehrhard
_____

James P. Ehrhard, Esq., BBO 651797
Ehrhard & Associates, P.C.
250 Commercial St., Suite 410
Worcester, MA 01608
Tel: (508)-791-8411
Fax: (508)-752-6168
ehrhard@ehrhardlaw.com

EUGENE PELIKHOV
By his counsel

/s/ Valentin D. Gurvits
_____

Valentin D. Gurvits, Esq. BBO 643572
Boston Law Group P.C.
825 Beacon St., Suite 20
Newton Centre, MA 02459
Tel: (617)-928-1804
vgurvits@bostonlawgroup.com

DATED: February 9, 2018

CERTIFICATE OF SERVICE

      I, Vladimir von Timroth, do hereby certify that I will, upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

/s/ Vladimir von Timroth

Vladimir von Timroth, Esq., BBO: 643553
vontimroth@gmail.com

Dated: February 9, 2018

| | |
|---|---|
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 | Eugene Pelikhov<br>14 Orleans Avenue<br>Salem, MA 01970 |
| Carolyn Bankowski-13<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 | Evan Fray-Witzer<br>Ciampa Fray-Witzer<br>20 Park Plaza<br>Suite 505<br>Boston, MA 02116 |
| Lev Goldfarb<br>Lydmila Rogalin<br>6 Loring Hills Avenue, C-6<br>Salem, MA 01970 | Valentin D. Gurvits<br>Boston Law Group PC<br>825 Beacon Street<br>Ste. 20<br>Newton Centre, MA 02459 |
| Gold and Farb, Inc.<br>151-153 Broad Street<br>Lynn, MA 01901 | Matthew Shayefar<br>Boston Law Group PC<br>825 Beacon Street<br>Ste. 20<br>Newton Centre, MA 02459 |
| Alexander Goldfarb<br>154 Lynnway, Apt. 515<br>Lynn, MA 01902 | James P. Ehrhard<br>Ehrhard & Associates, P.C.<br>250 Commercial Street<br>Suite 410<br>Worcester, MA 01608 |