UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al

**Case/AP Number** 16-01131 **-FJB**
**Chapter**

#54 Joint Motion filed by Defendants Gold and Farb, Inc., Alexander Goldfarb, Lev Goldfarb, Lydmila Rogalin, Plaintiff Eugene Pelikov to Amend Scheduling Order and Continue Trial Date [RE: [1] Complaint] with certificate of service. (von Timroth, Vladimir)

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved         _____Moot

_____Denied          _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted as follows: The proposed extended deadlines to complete discovery and file dispositive motions are approved. The trial is hereby rescheduled to August 13, 14, 15, 16, and 17, 2018 at 9:30 a.m. The deadline for filing the joint pretrial memorandum is extended to July 27, 2018. The final pretrial conference is hereby rescheduled to July 31, 2018 at 10:00 A.M.

IT IS SO ORDERED:

*Frank J. Bailey*    Dated: 02/12/2018

_____
Frank J. Bailey
United States Bankruptcy Judge