```
                      United States Bankruptcy Court
                         District of Massachusetts
Pelikov,
         Plaintiff                                       Adv. Proc. No. 16-01131-fjb
Goldfarb,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0101-1         User: jregan                Page 1 of 1          Date Rcvd: Feb 12, 2018
                             Form ID: pdf012             Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
```
dft            +Alexander Goldfarb,    154 Lynnway, Apt. 515,    Lynn, MA 01902-3447
pla            +Eugene Pelikov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft            +Gold and Farb, Inc.,    151-153 Broad Street,    Lynn, MA 01901-1607
dft            +Lev Goldfarb,   6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft            +Lydmila Rogalin,   6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Feb 12 2018 23:30:28      John Fitzgerald,
                  Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                  5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
```
              Carolyn Bankowski-13-12    13trustee@ch13boston.com
              Evan  Fray-Witzer    on behalf of Plaintiff Eugene  Pelikov Evan@CFWLegal.com
              Evan  Fray-Witzer    on behalf of Plaintiff Eugene  Pelikhov Evan@CFWLegal.com
              Gary W. Cruickshank    on behalf of Plaintiff Eugene  Pelikhov gwc@cruickshank-law.com
              James P. Ehrhard    on behalf of Defendant  Gold and Farb, Inc. ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              James P. Ehrhard    on behalf of Defendant Alexander  Goldfarb ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              Matthew  Shayefar    on behalf of Plaintiff Eugene  Pelikhov matt@bostonlawgroup.com
              Matthew  Shayefar    on behalf of Plaintiff Eugene  Pelikov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikhov vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikov vgurvits@bostonlawgroup.com
              Vladimir  von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com;dvontimrecf@gmail.com
              Vladimir  von Timroth    on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com;dvontimrecf@gmail.com
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

**In Re:** Pelikov v. Goldfarb et al          **Case/AP Number** 16-01131 -FJB
                                              **Chapter**

  #54 Joint Motion filed by Defendants Gold and Farb, Inc., Alexander Goldfarb, Lev Goldfarb, Lydmila Rogalin, Plaintiff Eugene Pelikov to Amend Scheduling Order and Continue Trial Date [RE: [1] Complaint] with certificate of service. (von Timroth, Vladimir)

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied      _____Denied without prejudice     _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order     _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted as follows: The proposed extended deadlines to complete discovery and file dispositive motions are approved. The trial is hereby rescheduled to August 13, 14, 15, 16, and 17, 2018 at 9:30 a.m. The deadline for filing the joint pretrial memorandum is extended to July 27, 2018. The final pretrial conference is hereby rescheduled to July 31, 2018 at 10:00 A.M.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*          Dated: 02/12/2018
Frank J. Bailey
United States Bankruptcy Judge