UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

_____

In re:
LEV GOLDFARB and                                    Chapter 13
LYDMILA ROGALIN,                                    Case No. 16-12339
                      Debtors
_____

EUGENE PELIKOV,
                      Plaintiff                     Adversary Proceeding
        Vs.                                         No: 16-01131-FJB
                                                    No. 16-01168-FJB
GOLD AND FARB, INC.,                                (consolidated)
LEV GOLDFARB,
ALEXANDER GOLDFARB AND
LYDMILA ROGALIN
                      Defendants.
_____

NOTICE REGARDING FILED MOTION FOR ORDER
UNDER BANKRUPTCY RULE 9019(a) APPROVING COMPROMISE AND
SETTLEMENT
_____


Lev Goldfarb and Lydmila Rogalin, the Debtors/Defendants, through their counsel, Vladimir von

Timroth, Esq., respectfully request this Court to take Notice that the Motion for Order under

Bankruptcy Rule 9019 (a) Approving Compromise and Settlement was filed on July 2, 2018 in

the Case No. 16-12339.



                                        LEV GOLDFARB and
                                        LUDMILA ROGALIN
                                        By their counsel:

                                        */s/ Vladimir von Timroth*
                                        _____
                                        Vladimir von Timroth, Esq., BBO 643553
                                        VON TIMROTH, P.A.
                                        405 Grove Street, Suite 204
                                        Worcester, MA 01605
                                        Telephone: 508-753-2006
                                        Facsimile: 774-221-9146
                                        vontimroth@gmail.com


DATED: July 2, 2018

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.


/s/ Vladimir von Timroth
_____
Vladimir von Timroth, Esq., BBO #643553
vontimroth@gmail.com

Dated: July 2, 2018


Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Lev Goldfarb
Lydmila Rogalin
6 Loring Hills Avenue, C-6
Salem, MA 01970

Eugene Pelikov
14 Orleans Avenue
Salem, MA 01970

Evan Fray-Witzer
Ciampa Fray-Witzer
20 Park Plaza
Suite 505
Boston, MA 02116

Valentin D. Gurvits
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459

Matthew Shayefar
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459

Gold and Farb, Inc.
151-153 Broad Street
Lynn, MA 01901

Alexander Goldfarb
154 Lynnway, Apt. 515
Lynn, MA 01902

James P. Ehrhard
Ehrhard & Associates, P.C.
250 Commercial Street
Suite 410
Worcester, MA 01608