UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikov v. Goldfarb et al        **Case/AP Number** 16-01131 **-FJB**
**Chapter**

#1 Complaint by Eugene Pelikov against Lev Goldfarb, Lydmila Rogalin.

**COURT ACTION:**

_____ Hearing held
_____ Granted        _____ Approved        _____ Moot
_____ Denied         _____ Denied without prejudice        _____ Withdrawn in open court
_____ Overruled      _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order        _____ Released        _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of the Settlement Agreement approved by this Court in Main Case 16-12339 on July 26, 2018, the Pre-Trial Conference scheduled for July 31, 2018 and the Jury Trial scheduled for August 13, 14, 15, 16 and 17 2018 are hereby cancelled as unnecessary.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 07/30/2018
Frank J. Bailey
United States Bankruptcy Judge