United States Bankruptcy Court
District of Massachusetts

Pelikov,
    Plaintiff

Adv. Proc. No. 16-01131-fjb

Goldfarb,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1    User: jregan    Page 1 of 1    Date Rcvd: Jul 30, 2018
                    Form ID: pdf012    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.
```
dft            +Alexander Goldfarb,    154 Lynnway, Apt. 515,    Lynn, MA 01902-3447
pla            +Eugene Pelikov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft            +Gold and Farb, Inc.,    151-153 Broad Street,    Lynn, MA 01901-1607
dft            +Lev Goldfarb,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft            +Lydmila Rogalin,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jul 31 2018 00:10:36      John Fitzgerald,
                Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
```
                                                          TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:
```
              Carolyn Bankowski-13-12    13trustee@ch13boston.com
              Evan Fray-Witzer     on behalf of Plaintiff Eugene  Pelikov Evan@CFWLegal.com
              Evan Fray-Witzer     on behalf of Plaintiff Eugene  Pelikhov Evan@CFWLegal.com
              Gary W. Cruickshank     on behalf of Plaintiff Eugene  Pelikhov gwc@cruickshank-law.com
              James P. Ehrhard     on behalf of Defendant   Gold and Farb, Inc. ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              James P. Ehrhard     on behalf of Defendant Alexander  Goldfarb ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              Matthew Shayefar     on behalf of Plaintiff Eugene  Pelikhov matt@bostonlawgroup.com
              Matthew Shayefar     on behalf of Plaintiff Eugene  Pelikov matt@bostonlawgroup.com
              Valentin D. Gurvits     on behalf of Plaintiff Eugene  Pelikhov vgurvits@bostonlawgroup.com
              Valentin D. Gurvits     on behalf of Plaintiff Eugene  Pelikov vgurvits@bostonlawgroup.com
              Vladimir von Timroth     on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com;dvontimrecf@gmail.com
              Vladimir von Timroth     on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com;dvontimrecf@gmail.com
```
                                                                                    TOTAL: 12

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Pelikov v. Goldfarb et al       **Case/AP Number** 16-01131 **-FJB**
                                           **Chapter**

#1Complaint by Eugene Pelikov against Lev Goldfarb, Lydmila Rogalin.

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of the Settlement Agreement approved by this Court in Main Case 16-12339 on July 26, 2018, the Pre-Trial Conference scheduled for July 31, 2018 and the Jury Trial scheduled for August 13, 14, 15, 16 and 17 2018 are hereby cancelled as unnecessary.

IT IS SO ORDERED:

_____   Dated: 07/30/2018
Frank J. Bailey
United States Bankruptcy Judge